# Exhibit A

June 18, 2022

Hi Petra;

Upon reading your recent communications, I find myself placed in a difficult position.

I value our friendship. We have shared emotional, intimate and private thoughts, feelings, and times together which have been genuinely lovely. And we have done so while being respectful of each other's boundaries, knowing we each have lives with parts which do not overlap with each other. The nice times have been made possible due to these understandings.

Life involves adversity. It comes in many different shapes and sizes and can show up when one is least expecting it. You and I have each seen our share of it.

I mention this because in recent years, I have tried to assist you and your son in ways I hope you have found meaningful, even though there has been no commitment, duty, or obligation on my part to do so.

At the same time, I have had concerns about some things you have told me which have caused me pause. Specifically, there are things you have told me the veracity of which I have questioned to myself. But each time, I have been able to compartmentalize those concerns and set them aside in my mind.

However, your recent communications cause me to reconsider the matters I have been compartmentalizing and setting aside. Why? Because your recent communications contain profound misrepresentations completely mischaracterizing events I have been present for.

For example, we have had quiet, tender conversations about intimacy which at one point included the topic of anal sex. Together, we consensually looked in that direction and on one occasion, experimented very briefly before pretty much immediately coming to the shared conclusion that it was not something for us.

Not every component of human sexuality is right for every person. But the very process of sharing thoughts and conversations of the most private areas of one's life can itself be a lovely thing, even when two people decide a particular activity is not right for them.
And that is what that was. Two people connecting in a private way and in so doing, bringing tenderness and comfort to each other in a difficult world.

However, in your recent communications, your depiction of shared, consensual moments has veered far away from what they were, into descriptions I find alarming and intensely misrepresentative.

Therefore, I would like to address some things. Let's start with a chronology.

You and I connected in approximately 2018 and began being intimate. Near the end of 2019, I ordered this toy on Amazon. A few months went by before we used it and during that time, it sat in my drawer. When we did use it, you said it felt different and enjoyable. You did not ask that it be removed and there was no complaint of pain. It did not, however, seem to add any marked increase to our experience, so we did not revisit using it and I threw it away. It was well after that (a couple months?) that you said you were having discomfort in that area of your body.

This item was never used on another person. I purchased it for us to try, which we did. I then discarded it having no use for it if it was not something that was right for us.

You write that in December of 2020, you mentioned by text to me that you might bring a suit against this device. This thing had been long ago discarded by December of 2020 since there was no purpose in having it if we were not going to use it together.

I have no experience with product liability claims. You are saying you have to have that same item to bring a claim. That does not make sense to me, because I would think can just get the same item and make whatever legal argument is going to be made.

So when you say you mentioned in December of 2020 that you were thinking about bringing a claim, it did not occur to me that you would have to have it, and that is why I did not mention it had been long ago discarded. But what is really noteworthy here is that in December of 2020, you certainly did not ask if I still had it. Nor did you ask me to make sure I retained it if I did.

How is it reasonable for you to criticize me for not raising the issue that I did not have the item when you yourself did not raise the same issue - that you would want it and would need it? That point becomes even more pronounced when considering you are the one with professional training and knowledge on how evidence works, not me.

I also want to clearly push back on the suggestion that I had said or indicated we were in a monogamous relationship. I never, ever told you I would not see anyone else. And correspondingly, I never asked you the same.

I also adamantly take issue with your statement that I "shrieked" at you or that I called you to "scream and abuse" you. Petra, we had a conversation that was understandably emotional considering that you seemed to be trying to draw a connection between me and your cancer diagnosis. But I firmly disagree with how you are characterizing it. Neither of us would have continued to periodically see each other for several years if there was ever any abusive communication of any kind. It is quite simply not how you and I communicate with others.

Therefore, after reflecting on these issues, it is clear we need to conclude our relationship.

In stating that we need to end our relationship, I must ask that you not call, text, email, write, come to my home or reach out in anyway. We must have a clear and immediate parting of ways.

I do not say this from a place of anger. I wish nothing but great things for you and your son. However, it is done with assertiveness.

I sent 4 boxes of clothing, shoes, toiletries and paperwork to your home in Florida yesterday via Federal Express. Your red dress, which is currently at the dry cleaner, will also be shipped to you along with your 2 yoga related items as soon as the dress comes back from the cleaners.

I wish you the best Petra. But please respect my wishes as expressed above and do not contact me again. If you do, I will need to engage counsel of my own. I am sorry it has come to this, but the tone and content of your recent communications are so far from the

reality of what we shared, I don't know what you are thinking -- but I don't feel comfortable continuing contact of any kind between us. So please do not contact me any further.

Wishing you well,

Dan