# Exhibit B

# Law Offices of Petra Starke

5619 Title Row Dr.
Bradenton, FL 34210
Ph: (310)948-5811
petrasmeltzer@gmail.com

October 26, 2022

Bruce Adams Blaylock, Esq.
4610 Elm St.
Bethesda, MD 20815

Via email & U.S. Mail

LETTER TO PRESERVE EVIDENCE

Dear Mr. Blaylock:

I have been advised that you are presently representing your brother, Dan McKinley Blaylock.

It is my understanding that you have been advising him on matters pertaining to Ms. Petra Starke.

Your brother has instructed me not to contact him directly, and, accordingly, I write to you today. This is in the nature of a LETTER TO PRESERVE EVIDENCE, sometimes referred to as a SPOLIATION LETTER.

This letter a will serve as a formal request that you and your employees and agents, as well as your brother, Dan M. Blaylock, and his employees, and agents, preserve and not alter any evidence of any kind, that relates to, in any way, the business and personal relationship that I, or any of my employees, agents or family members had with him, including but not limited to photographs, video recordings, recorded audio, computer media, documents, emails, texts, phone records, credit card statements and receipts, and all other evidence and things relating to their personal and business relationship presently in your or his possession or the possession of your employees or agents or family members. This includes, but is not limited to, all documents, whether paper, electronic or otherwise stored, relative to Ms. Starke and your brother. We fully expect for you to counsel your brother regarding this letter and to require that he advise his accountants, bank officers, Goldman Sachs, Wells Fargo, Trimark, Middleton Partners, Banyon Acquisition Corp, and any other business, or employers, as

well as any of their counselors and accountants and bank personnel or any other person with knowledge of any factual or documentary relationship to this matter.

Your brother in his last written communication to me, which forensic experts have advised my team you authored per its meta data, references your brother's assertion that he was well within his perception of reality that he was not in a monogamous relationship with Ms. Starke. At no point was this an accurate understanding. Sadly, a great deal of unethical behaviors that have been documented and categorized in my team's possession have not just been heartbreaking to me but put my health and well-being in jeopardy. Mr. Blaylock had an ethical obligation to disclose to me his treatment and conduct as it pertains to his sexual life and the conduct of his personal habits. We have back up files on the above behavior and history of his activities within his personal and business life and it is highly apparent that his behavior put my health and well-being at risk. Thus, this request includes any third parties your brother has had sexual relationship with during the last four years, including any and all of his online activities and electronic media.

In addition to the above, I specifically request that you preserve:

All photographs, videotapes, or other audio or computer generated media relating to their personal and/or business relationship, including but not limited to all family members.

All statements, notes, audio or video recordings and other materials or things obtained from any person having information respecting any and all business and personal relationship with Ms. Starke, any family member or any of those individuals whom have knowledge of the circumstances involving said relationships, whether personal or business related.

All computer, electronic or e-mail messages created in the last 4 years between your brother and any of his prior or present companies with respect to his equity investments and any agents or third parties, relating to the facts, circumstances, or background investigations of your brother while working for Trimark as well as any computer messages which relate to his personal or business relationship with Ms. Starke or any family members generated or received during the last 4 years.

Each and every request to preserve herein applies equally to anything that might have been shared with any third parties of a personal nature as well as business partners, associates, employees, consultants, and staff.

This request includes all evidence as outlined herein available today but survives this letter permanently.

Please retain and preserve all this evidence. A number of court decisions have permitted court sanctions or “destruction of evidence” lawsuits where a party

alters or fails to preserve important evidence after receiving written notice of a claim that also requests preservation of evidence. Unless I have your written explanation to the contrary within five business days from the date of this letter, I will presume you will strictly abide by all requests outlined above.

I have retained an attorney in Illinois for purposes of your reply and for purposes of discussion of resolving all issues between the parties. He is expecting to hear from you.

Louis I. Lang
4504 W. Oakton
Skokie, Illinois 60076
847 334 1131
Reploulang@aol.com

Very truly yours,

Petra Starke, Esq.

cc: Louis I. Lang