# Exhibit D

REDACTED

[redacted]

**From:** Keith Berglund [redacted]
**Date:** Thursday, October 26, 2023 at 4:03 PM
**To:** Dan Blaylock [redacted]
**Subject:** Fwd: Petra Starke Documentary

Please see the below email from my Client Petra Smeltzer Starke.

---------- Forwarded message ---------
From: **Petra Smeltzer Starke** [redacted]
Date: Thu, Oct 26, 2023 at 12:24 AM
Subject: Petra Starke Documentary
To: keithw.berglund[redacted]

Dear Keith:

REDACTED

Here is a list of potential candidates to be interviewed for our documentary being directed and produced by the former Chicago Tribune's investigative reporter & documentarian Alfredo De Villa. As you may already know, Mr De Villa also produced movies and directed movies for Sony, Universal, as well as Lionsgate, and AMC.

Our goal is to be very fair and equitable in how we present the circumstances surrounding my relationship with Dan Blaylock and my struggle to beat cancer. Below is a link which has been time-coded by the studio with some of our footage which we are preparing to expand and begin to distribute both in America and outside of the United States. In conjunction with our anticipated and planned release of the documentary, we are in talks with both USA Today, Reuters, and, of course, Rolling Stone magazine as well as Amazon and Netflix to cross promote both my story as well as the documentary.

Please share the below link with our list of individuals we hope and pray will take the time to be interviewed by our director, Alfredo De Villa. We can schedule interviews in November either in Washington DC, Chicago or Beverly hills. Rolling Stone & USA Today, as well as many others, have sought to do an exclusive with me before the release of the documentary.

It is for that very reason that I wish to ask those that want to tell their side of the story to be allowed to. To take this one step further, we will give them editorial control of both their interviews and their footage.

Watching the footage below is not for the faint of heart nor is it for those people who do not believe women who have been raped. If this can happen to a White House lawyer, it can happen to anyone. Nonetheless my distributors and my director want to hear both sides of the story before we release the film.

Thank you Keith and please let everyone know we will be glad to film each and every person before Thanksgiving and, if more convenient after Thanksgiving, but no later than December 1st as we'll be turning in all the footage to the editors, the distribution company, and of course the media for them to review.

Petra

Here is the link:

https://vimeo.com[redacted]

Password: !134679!