# Exhibit F

REDACTED

[redacted]

**From:** Evgeny Bolotin [redacted]
**Date:** Wednesday, November 22, 2023 at 9:50 AM
**To:** Dan Blaylock [redacted] danbduke[redacted] <[redacted] bblaylock[redacted] [redacted] parkie[redacted] [redacted] frazier.blaylock@[redacted]
**Subject:** #BANDAN

Good Morning:

It is with enormous pride that we will be aligning with the #metoo movement nationally and overseas and through the encouragement and suggestion of so many influential stakeholders in the #metoo movement that the below has gone from concept to one hundred % implementation:

# BANDAN

Our mission will be to raise awareness, hold abusers accountable, and protect women from workplace violence and sexual exploitation.

Due to the incredible outpouring of love and devotion we have received from law enforcement and so many abused women we will be pleased to send you free of charge a #BANDAN T-SHIRT so you can proudly display your support and SOLIDARITY.

Below is the T Shirt

Following Christmas will offer:

#METOO

#BANDAN

Due to the outpouring of love and support we are rallying women against those in power who have abused women.

#BANDAN is more than a # hashtag it is a MOVEMENT so please join our movement of SOLIDARITY and we will add you to our Complimentary T Shirt List and also will sign you up to our #BANDAN NEWSLETTERS.

Each month we will expose those abusers of women whom prey on them through drugs, false promises, and of course VICTIM SHAMING.

WE STAND TOGETHER

WE STAND PROUD

AND WE STAND UNITED TO: # BAN DAN

MeToo movement - Wikipedia

[redacted]

**MeToo movement - Wikipedia**

#MeToo[a] is a social movement and awareness campaign against sexual abuse, sexual harassment, and rape culture,...


#BANDAN