UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAN M. Blaylock,            )
                            )
     Plaintiff              )
                            )
v.                          )   JUDGE TREVOR N. MCFADDEN
                            )
PETRA SMELTZER STARKE, ET AL., )   CIVIL ACTION NO. 23-cv-3606
                            )
     Defendants.            )

### DEFENDANT PETRA SMELTZER STARKE MOTION FOR CM/ECF USER NAME AND PASSWORD

Defendant Petra Smeltzer Starke ("Starke" or "Defendant"), pro se, and pursuant to Rule 5.4(b)(2) of the Local Rules of Civil Procedure, submits this Motion for CM/ECF User Name and Password, and in support thereof, states as follows:

Defendant does not live in the District of Columbia. Defendant lives in Bradenton, Florida. Thus, Defendant cannot file documents in this case in person.

Plaintiff purposefully chose this venue to make Defendant's life difficult and defense unnecessarily expensive and unwieldy. In addition, Defendant is undergoing intensive cancer treatments, which make sometimes even electronic filing challenging and filings in person and travel nearly impossible.

Defendant has good access to the Internet. Defendant has capacity to file documents and receive filings electronically. Finally, Defendant hereby certifies having completed the an online tutorial provided by the Clerk's Office.

WHEREFORE, for all the reasons fully set forth in this Motion, Defendant respectfully moves this Court to grant her CM/ECF User Name and Password.



**RECEIVED**

JAN 26 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Respectfully submitted,

*[signature]*

Petra S. Starke, pro se
5619 Title Row Dr.
Bradenton, FL 3421
(310) 948-5811 (Tel)
petrasmeltzerstarke@gmail.com
*Defendant Petra Smeltzer Starke Pro Se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 25, 2024, I served a true and correct copy of the foregoing Motion to for CM/ESF User Name and Password, and a proposed Order, via first class mail, to

David A. Levie
VENABLE LLP Theodora Cato
600 Massachusetts Avenue NW
Washington, DC 20001
Counsel for Dan M. Blaylock Plaintiff

*[signature]*

Petra S. Starke