UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAN M. BLAYLOCK,<br><br>                                Plaintiff,<br><br>  - against -<br><br>PETRA SMELTZER STARKE AND JOHN DOES 1 THROUGH 5,<br><br>                              Defendants. | Case No.: 1:23-CV-3606-TNM |

**DECLARATION OF JESSIE F. BEEBER**

I, JESSIE F. BEEBER, declare as follows:

      1.      I am a partner at Venable LLP, counsel of record for Plaintiff Dan M. Blaylock in the above-captioned action.  I intend to apply for *pro hac vice* admission in this action. The matters referred to in this declaration are based on my personal knowledge and my review of records in this action, and, if called to testify as a witness, I could and would testify competently to the facts set forth herein.

      2.      On December 19, 2023, my firm mailed a copy of the Complaint in this matter and a summons waiver form to defendant Petra Smeltzer Starke at 5619 Title Row Drive, Bradenton Florida.

      3.      Attached as **Exhibit A** to this declaration are true and correct copies of the results of online searches Venable conducted regarding defendant Petra Smeltzer Starke's bar admissions. These results show that Defendant is a member in good standing of the Bar of the District of

1

Columbia, is a member in good standing of the State Bar of Virginia, and is an active member of the State Bar of California.

4. Attached as **Exhibit B** to this declaration are true and correct copies of images Venable accessed and downloaded from defendant Petra Smeltzer Starke's public Instagram account (the "Instagram Account"). The first image is from a story uploaded to the Instagram Account on January 18, 2024, showing Ms. Starke at a gym. The gym tagged in the photo, Tracy Anderson Studio, is located in California, according to the gym's linked Instagram account. The second image is from a post uploaded to the Instagram Account on January 26, 2024, showing Ms. Starke playing pickleball. The third image is from a post uploaded to the Instagram Account on January 1, 2024, showing Ms. Starke skiing, and listing her location as Aspen, Colorado. That image is captioned "It feels just as good to ski in 2024 as it did in 2023."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 6, 2024, at New York, NY.

*/s/ Jessie F. Beeber*
Jessie F. Beeber