# Exhibit A



| For Lawyers | For the Public | For Students | Pro Bono | Attorney Discipline | News & Events | About |

| Member Details | |
|---|---|
| Full Name | Mrs. Petra Ruzickova Starke |
| Business Address | 5619 Title Row Dr<br>Bradenton, FL 90210<br>United States |
| Business Email | petrasmeltzer@gmail.com |
| Business Phone | (310)948-5811 |
| DC Bar Member Status | GOOD STANDING |
| Member Type | Active |
| Admit Date | 4/16/2004 |

Return



## Attorney Profile

### Petra Smeltzer Starke #290919

**License Status: Active**

Address: 1500 Benedict Canyon Dr, Beverly Hills, CA 90210

Phone: 310-948-5811  |  Fax: Not Available

Email: petrasmeltzer@gmail.com  |  Website: Not Available

More about This Attorney ▼

### License Status, Disciplinary and Administrative History

All changes of license status due to nondisciplinary administrative matters and disciplinary actions.

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| Present | Active | | |
| 7/19/2013 | Admitted to the State Bar of California | | |