# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of District of Columbia

Case Number: 23-CV-3606

Plaintiff:
**Dan M. Blaylock**

vs.

Defendant:
**Petra Smeltzer Starke and John Does 1 through 5**

For:
Jake W. Goodman
Venable LLP
151 W. 42nd Street
49th Floor
New York, NY 10036


SLK2023011792

Received by S.L.K. INVESTIGATIONS on the 13th day of December, 2023 at 1:53 pm to be served on **Petra Smeltzer Starke, 5619 Title Row Dr., Bradenton, FL 34210**.

I, Mike Barberio, do hereby affirm that on the **14th day of December, 2023** at **1:15 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, NOTICE OF RIGHTS TO CONSENT TRIAL, COMPLAINT and EXHIBITS A-F** with the date and hour of service endorsed thereon by me, to: **Petra Smeltzer Starke** at the address of: **5619 Title Row Dr., Bradenton, FL 34210**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** The person served with said documents refused to state whether or not the Defendant is in the Military Service of the United States of America.

**Marital Status:** Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

**Additional Information pertaining to this Service:**
12/14/2023  1:15 pm  Door was opened by defendant's son (photo provided by client).  Server asked for the named defendant and the son turned to speak to somebody in the next room out of view of server.  He called for "Petra....Mom" (the name of the defendant).  He stepped away for a moment and then nervously came back to the door and said he was mistaken, Petra was not here but somebody else was.  He then closed the door and nobody would answer when server rang the bell again.  Server retreated to his vehicle to call client and ask for instructions.  While server was waiting to hear back from client a Manatee County Sheriff Deputy (SUV #484) pulled up and stated the occupants were claiming the server attempted to forcibly enter the home.  The Deputy stated he was going to go inside and did not want to be involved in any attempts at service due to the situation.  Deputy went inside and spoke with occupants who again stated server attempted to forcibly enter the home.  Deputy suggested server leave the documents at the door while he was still on site so no further allegations could be lodged against server.  Server left the documents in plain site partially secured under the front door mat.  It should be noted that the server has been a Certified Process Server in the 12th Judicial for more than 16 years with zero complaints ever filed against him and he would never forcibly or otherwise enter a residential location he was attempting service at.  Defendant was actively avoiding service using her son as a shield (obstruction of justice FS Statute 843.02 ) and also lodged false claims with the Manatee County Sheriff.

I certify that I am over the age of 18, have no interest in the above action,  and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Verified Return of service and the facts stated in it are True.

Mike Barberio
CPS #328

S.L.K. INVESTIGATIONS
2212 East 5th Ave.
Tampa, FL 33605
(813) 247-6250

Our Job Serial Number: SLK-2023011792

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2u