## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Case Number: 23-CV-3606

Plaintiff:
**Dan M. Blaylock**

vs.

Defendant:
**Petra Smeltzer Starke et al**

For:
David Levie, Esq.
Venable LLP
600 Massachusetts Avenue NW
Washington, DC 20001

Received by HERE COMES THE JUDGE on the 20th day of December, 2023 at 9:42 am to be served on **Petra Smeltzer Starke, 5619 Title Row Dr., Bradenton, FL 34210.**

I, Steven T. Zawacki, being duly sworn, depose and say that on **the 20th day of December, 2023** at **7:15 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action (ECF No. 3), Notice of Right To Consent To Trial Before A United States Magistrate Judge and Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (ECF No. 3-1), Complaint with Demand For Jury Trial with Exhibits (ECF No. 1), Errata (ECF No. 2), Complaint with Demand for Jury Trial (ECF No. 2-1)** with the date and hour of service endorsed thereon by me, to: **Petra Smeltzer Starke** at the address of: **5619 Title Row Dr., Bradenton, FL 34210**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**

Prior to attempting the Server was advised that this Defendant might avoid and another Server had problems serving her. The Server pulled her Facebook profile and got pictures of her prior to attempting so he knew what she looked like. The pictures are attached. Server attempted at 5619 Title Row Dr., Bradenton, FL 34210 and walked up to the door and rang the doorbell. The Server could see a man sitting at a computer on the phone which matched a profile picture that was on the Defendants Facebook page. The man yelled out "Petra someone is at the door." The dogs were barking. The Server waited a few seconds and no one came to the door. The Server rang the door bell again and the man yelled out "Petra can you see who is at the door." A few minutes later the Defendant walked down the stairs and came to the front door side windows and looked at the Server. She was in fact the Defendant and matched the picture the Server had of her. The Server looked at her and said "Petra I have a Summons and Complaint for you." She stood there for a second and did not say a word. She turned around and walked away down the hallway. The Server announced that she had been served and left the Summons and Complaint on the door step. This is how service was perfected.

**Description** of Person Served: Age: 50s, Sex: F, Race/Skin Color: White, Height: 5'6, Weight: 130, Hair: Blonde, Glasses: N



## AFFIDAVIT OF SERVICE For 23-CV-3606

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made pursuant to Florida Statute 48.29. Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

STATE OF FLORIDA
COUNTY OF SARASOTA

Subscribed and Sworn to before me by means of _X_ physical presence or ____ online notarization, this 10th day of January, 2024 by the affiant who is personally known to me or who has shown me proper identification.

_Kara O. Anderson_
NOTARY PUBLIC

Notary Public State of Florida
Kara A Anderson
My Commission HH 088790
Expires 02/03/2025

Steven T. Zawacki
CPS#283 - 12th Circuit

**HERE COMES THE JUDGE**
**Legal Process Services**
4071 Bee Ridge Rd., Suite 202
Sarasota, FL 34233
(941) 954-0169

Our Job Serial Number: HCJ-2023014751

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

# Petra Smeltzer Starke

**Posts**   Photos

Send                                   Share

 **Petra Smeltzer Starke** updated her profile picture.
May 2, 2016



89                                2 comments  1 share

Send                                   Share

 **Petra Smeltzer Starke** updated her profile picture.
Apr 28, 2016

Home    Reels    Marketplace    Notifications    Menu



AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia ▼

12-20-23
715 pm
ST2
283

DAN M. BLAYLOCK

*Plaintiff(s)*

v.

PETRA SMELTZER STARKE AND JOHN DOES 1 THROUGH 5

*Defendant(s)*

Civil Action No. 23-cv-3606

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Petra Smeltzer Starke
5619 Title Row Dr.
Bradenon, FL 34210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David A. Levie
VENABLE LLP
600 Massachusetts Avenue NW
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/06/2023

/s/ Luileadny J. Navas Gonzalez
*Signature of Clerk or Deputy Clerk*