**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DAN M. BLAYLOCK;

Plaintiff,

v.

PETRA SMELTZER STARKE AND JOHN DOES 1 THROUGH 5;

Defendant.

Case No.: 1:23-CV-3606-TNM

**DEFENDANT PETRA STARKE'S CROSS-CLAIM AGAINST DAN BLAYLOCK**

**TRIGGER WARNING:**
**THIS DOCUMENT CONTAINS GRAPHIC INFORMATION OF A SEXUAL NATURE, INCLUDING SEXUAL ASSAULT**

Defendant Petra Starke hereby brings this Cross-Claim against Plaintiff Dan Blaylock pursuant to Rule 13(g) of the Federal Rules of Civil Procedure as follows:

## NATURE OF THE ACTION

1. This action pertains to a pattern of escalating abuse and violence, coinciding with Plaintiff and Cross-Defendant Dan Blaylock's ("Blaylock" or "Plaintiff") increasing substance abuse. Blaylock brought his Complaint against Petra Starke ("Starke" or "Cross-Claimant") not only with the intent to bully, intimidate, and threaten a victim of his violence but also to infringe upon her fundamental human rights. This is a classic example of an all too familiar tale of a wealthy, powerful man abusing a woman, tarnishing her

reputation, and then attempting to embarrass her all in an effort to silence her from telling of the abuse she suffered. Particularly distressing is Plaintiff's coercion of sexual acts during Defendant's chemotherapy treatment, against medical advice, even while she was connected to a chemotherapy infusion pump with tubes protruding from her body.

2. As is too often the case with victims of physical and sexual assault, Starke remained in the relationship with Blaylock even after the abuse started. Starke wanted to believe in the best of Blaylock and therefore accepted his apologies, accepted Blaylock's excuses that the physical abuse she was suffering was a result of Blaylock's drug use, and accepted Blaylock's promises that things would improve. After suffering for far too long, Starke eventually ended the relationship, but must now contend with Blaylock's attempts to intimidate and silence her.

3. Starke brings this Cross-Claim to ensure that Plaintiff is held accountable for his actions and to ensure that no one is above the reach of the law.

## PARTIES

4. Starke is an individual who currently resides in the State of Florida.

5. Blaylock is an individual who is believed to currently reside in the District of Columbia

## JURISDICTION AND VENUE

6. This Court has jurisdiction over this dispute under Tile 28 of the United States Code section 1332 as it is a civil dispute between citizens of different states and the amount in controversy exceeds $75,000.

7. This Court further has jurisdiction over this Cross-Claim as it relates to an action already pending before the Court.

8. This Court has personal jurisdiction over Blaylock as he submitted to the jurisdiction of this Court by filing his Complaint with this Court and Blaylock currently resides within the District of Columbia.

9. Venue is proper in this District as Plaintiff's Complaint to which this Cross-Claim relates was filed in this venue.

## FACTUAL BACKGROUND

10. Starke first met Blaylock at a yoga class in the District of Columbia in or around 2008 or 2009.

11. Starke met Blaylock once again in the or around the middle of 2018. At the time, Blaylock was very charming and charismatic. Blaylock invited Starke to stay at his house because he claimed to be very lonely at his big mansion with two bedrooms. He offered her his second bedroom as she was building her start-up yoga business and could save on hotel bills.

12. Although Blaylock drugged and raped her the first night she stayed at his house on or about June 1, 2018, Blaylock convinced Starke not to go to the police to report his assault but instead to enter into a physical relationship with him.

13. Starke enjoyed the attention that Blaylock showed both her and her son. Indeed, Blaylock expressed a desire to mentor Starke's son and regularly showered him with gifts. This attention that he bestowed on Starke's son further enamored Starke with Blaylock.

14. At times Blaylock was very supportive and showed both Starke and her son generosity. Indeed, at times, Blaylock spent lavishly on vacations and supported some of Starke's cancer treatment.

15. Unfortunately, there was also a darker side to Blaylock. After a dark start to their relationship, it became an abusive nightmare for Starke,

including several physical, emotional, and sexual abuse perpetrated by Blaylock against Starke.

**A. First Assault**

16. In or about June 2018, Starke was in the process of building a new business brand, and was spending a lot of time in Washington DC as a result. Blaylock invited Starke to stay at his home when she was visiting Washington DC.

17. On one such occasion, on or around June 1, 2018, Starke is informed and believes, and on that basis alleges, that Blaylock placed some sort of drug in Starke's wine glass without Starke's knowledge. The drug resulted in Starke losing consciousness at some point that night and not remembering what occurred. Starke is informed and believes, however, that Blaylock took advantage of the drugged state that Blaylock caused Starke and raped Starke.

18. Starke is informed and believes, and on that basis alleges, that Blaylock was accused by at least one other woman of drugging and sexually assaulting her previously.

**B. First Last Vegas Assault (February 2020)**

19. In or about early 2020, Blaylock had invited Starke to meet him in Las Vegas from January 31, 2020, through February 3, 2020, as Blaylock would be attending TriMark corporate meetings to be held at Ceasars Palace. Starke flew from Los Angeles on January 31, 2020, and met Blaylock in Las Vegas as Blaylock had traveled from Washington DC.

20. Starke is informed and believes, and on that basis alleges, that Blaylock apparently invited Starke to meet him for the trip as Blaylock was feeling apprehensive about the upcoming corporate meeting. Blaylock was at the time a CEO of a TriMark subsidiary, Adams-Burch. TriMark had recently hired a new CEO, Marie Folkes, who was a young, dynamic woman

who was apparently brought in to change the proverbial old white boys' club that Blaylock was very much a member of. At the time, Blaylock was worried that he and several other longtime friends and colleagues were in jeopardy of being fired by the company.

21. Indeed, Starke is informed and believes, and on that basis alleges, that at the time, it had recently come to light that Blaylock had had a number of sexual affairs with married Adams-Burch employees which had led to legal disputes involving Adams-Burch. Blaylock was fearful that such revelations would not be appreciated by TriMark's new female CEO.

22. Upon arriving in Las Vegas, Starke was surprised to find that Blaylock has arrived a day earlier with the apparent intent to secure various illicit drugs in Las Vegas for the trip. Blaylock had apparently even shipped some drugs and related paraphernalia to the hotel that they would be staying using Adams-Burch's FedEx account. This included opiates, marijuana, mushrooms, cocaine, and various devices to used to process and consume the drugs.

23. Balylock informed Starke that he had a general disdain for Las Vegas, but admired the city's drug culture and believed that Las Vegas was one of the best cities in the world for acquiring high quality drugs.

24. Blaylock had booked a corner suite at the Cosmopolitan Hotel for their stay.

25. During the day of January 31st, Starke made use of the gym and spa facilities at the hotel. Blaylock apparently decided to spend most of the day consuming drugs. This became apparent when Starke met Blaylock for dinner and found him in a state where he could hardly put together a coherent sentence. Starke in fact remembers Blaylock laughing uncontrollably and repeatedly after nearly continuously saying "Newark,

New Jersey." They then attended a concert where the highs and lows of Blaylock's drug use became apparent as he continually screamed at any staff members at the concert for no apparent reason.

26. The next day, Blaylock continued his drug use. While watching a Duke basketball game with Blaylock, Starke observed him smoking marijuana and snorting lines of cocaine. He also took oxycontin pills that he had in a prescription bottle that bore the name of a woman.

27. On February 2, 2020, the trip took a horrendous turn for Starke. After her regular gym and spa routine, Starke had met Blaylock to eat. Blaylock had wanted to order poke bowls from the Hotel's bistro for delivery to their room. The bistro used new delivery robots for delivery. When the robot arrived at the room, it must have malfunctioned or something as it refused to provide the food. Blaylock got very upset and began raving and shouting at the robot. The robot was, of course, just a robot and simply stayed there with a light blinking. Starke found this situation incredibly funny and began laughing and made jokes about the robot not liking Blaylock.

28. Blaylock did not take kindly to Starke's humor. He slammed the door and began demanding that Starke have sex with him. Blaylock complained that they had been in Las Vegas for several days and complained that Starke had not shown him sufficient affection. Starke indicated to Blaylock that she was menstruating and could not engage in any sexual behavior, which Blaylock had already known. Blaylock said that did not matter to him and that Starke had to have sex with him right then.

29. Starke became afraid and attempted to put on her shoes to leave the room. Blaylock stopped her and pushed her onto one of the beds. He then ripped off Starke's clothing and raped her. Starke attempted to push Blaylock off of her, but was unable to given the disparity of their sizes.

Throughout the encounter, Starke was screaming, crying, and bleeding. Blaylock just kept screaming "F*$! me like a rockstar!" After Blaylock ejaculated, he passed out on the bed. The bed was covered in blood at that point to the extent that Starke remembers thinking it looked like a murder scene.

30. Starke grabbed some clothes and ran to the gym. She encountered another woman there who saw that she was distraught. Starke told this woman what had happened. Starke had insisted that she did not want to call the police, but the woman later sent a teddy bear to Starke and Blaylock's room as a sympathetic gesture. This enraged Blaylock as he was apparently concerned as what Starke had told her.

31. Later that evening, Starke met Blaylock. Starke had hoped that Blaylock would have slept off the drugs and shown some remorse for his actions. Instead, Blaylock joked about how much he had to pay the housekeepers to clean up the mess from Starke's blood.

32. Starke had intended to break off the relationship with Blaylock after leaving Las Vegas. Starke is informed and believes, and on that basis alleges, that Blaylock apparently fell ill after leaving Las Vegas and was checked in to Sibley Hospital in Washington DC. Blaylock indicated to Starke that he thought he was dying. Starke went to visit Blaylock at his home after he was released from the hospital with the intent to finally end their relationship. During this visit, Blaylock cried about what he had done to Starke and swore that it was not who he really was but the drugs had caused him to do it. Blaylock indicated he was very sick with his addiction but would get better for Starke. Starke believed him and chose not to end the relationship.

**C. Washington DC Assaults (2020)**

33. Later in 2020, after having recovered from his illness, Starke came to visit Blaylock again in Washington DC because she arranged from Blaylock to get stem cell treatment from a doctor in Long Island who had been treating Kenny Hill and his friends for many years.

34. During this trip, in late February or early March 2020, Blaylock forcibly sodomized Starke. Starke had not previously had anal sex and it caused her a great amount of pain. Blaylock apologized to Starke and tearfully blamed trauma he had from experienced from the passing of late wife over 10 years prior and then recent break-up of an affair with a woman from his company (that Starke is informed and believes, and on that basis alleges, resulted in litigation, including allegations of sexual assault).

35. Despite Blaylock's apologies, he sodomized Starke on three other occasions in the ensuing months – each time without Starke's consent.

36. On one such occasion, Blaylock used a "butt plug." On that occasion, Blaylock injured Starke to the point of bleeding and feces coming out and caused Starke tremendous pain.

37. Within months after this incident, Starke was diagnosed with rectal cancer. Starke is informed and believes, and on that basis alleges, that the "butt plug" used by Blaylock and/or the other occasions on which Blaylock sodomized Starke caused or contributed to the development of the cancer.

38. Indeed, Starke is informed and believes, and on that basis alleges, that Blaylock is and was infected with the herpes virus. At least one other woman has accused Blaylock of infecting her with the herpes virus. Starke was informed by one of her physicians that one potential cause of rectal cancer is engaging in anal sex with a carrier of the herpes virus. The physician also indicated to Starke that the cancer had likely developed over a

course of 2-8 months, which would have fit the time frame in which Blaylock had sodomized Starke.

39. Starke was also concerned that the "butt plug" may have been a possible cause or contributing factor to the cancer (especially if, as Starke later came to believe, it was used on other individuals who may have had herpes or some other STD). Blaylock, however, despite requests by Starke and his own assurances to the contrary, threw away the "butt plug" before it could be tested to confirm in what Starke is informed and believes, and on that basis alleges, was an attempt to destroy the evidence.

**D. Sarasota Assault (May 2021)**

40. In or about May 2021, Blaylock traveled to Sarasota, Florida, to visit Starke. Blaylock rented a room at the Ritz Carlton Sarasota for the trip. Blaylock traveled by private jet to Sarasota from Miami on or about May 2, 2021.

41. At the time, Starke was undergoing a series of daily hyperbaric treatments relating to her cancer treatment. Starke had just recently completed eight rounds of chemotherapy and her weight dropped to just 94 pounds on her 5'11 body frame.

42. Blaylock had offered that Starke could come join him at the pool at the Ritz Carlton to recover after the daily hyperbaric treatments. For several days, Starke joined him at the pool each day and one night Blaylock took both Starke and her son for a nice dinner. Blaylock had wanted to take Starke's son to dinner alone but Starke's son felt uncomfortable to be alone with Blaylock because Blaylock had previously tried to force Starke's son to drink wine when they had been alone in restaurants.

43. On Friday, May 7, 2021, Blaylock had invited Starke to join him at his hotel again to watch the sunset. Upon arriving at his suite, Starke noticed, to

her dismay, a large amount of cocaine, mushrooms, opiates, and marijuana out in plain view in the room. Starke thought about leaving but was tired from her treatment and the travel to the hotel, so she sat down to rest for a moment.

44. After Starke sat down, Blaylock jumped on top of Starke and forced her down. He stripped off Starke's clothing and underwear and raped her. During the whole episode, Starke was crying hysterically and screaming for him to stop. Especially after her recent cancer treatments, including chemotherapy, Starke was too weak to force him to stop. During the ordeal, Starke felt an incredible amount of pain as her vaginal wall tore.

45. The next day, Starke began noticing that feces was coming from her vagina and discovered that the rape had caused a fistula to form between her vagina and rectum. Ultimately, the injury required surgery to correct, but still has never fully recovered the same as before the injury.

46. After the incident, Blaylock again expressed remorse and blamed his drug use for the assault. Unfortunately, Starke believed him and did not end the relationship.

**E. Second Las Vegas Assault**

47. In late June and early July 2021, Blaylock travelled with Starke to Cleveland and Los Angeles. The purpose of the trip was to receive additional opinions regarding Starke's cancer treatment options at the Cleveland Clinic. It was a difficult trip for Starke as she was dealing with the fistula caused by Blaylock's assault in Florida.

48. In both Cleveland and Los Angeles, Blaylock was on his best behavior. Starke believes this was because Blaylock had realized that he had caused the fistula and knew that Starke was upset and depressed. This did

not stop him, however, from shipping illicit drugs to both locations prior to their arrival.

49. Starke and Blaylock travelled to Las Vegas on July 15, 2021. Blaylock had insisted on the stop because he wanted to see the comedian Bill Maher who had a show in Las Vegas on July 16, 2021.

50. Unfortunately, upon checking in, Blaylock had once again shipped a box of drugs to himself at the hotel that the hotel provided to him upon check-in.

51. On both July 15 and 16, Starke spent much of the day at the hotel gym, spa, and/or pool.

52. On the evening of the 16th, Blaylock and Starke attended the Bill Maher show. Likely in part due to the effects of various drugs, Blaylock laughed uncontrollably throughout the show. Blaylock insisted on stopping at the hotel bar on the way back to their room for another drink.

53. Once back at their room, Blaylock kept trying to hug and kiss Starke and also wanted Starke to dance with him. Starke indicated to him that she was very tired. Starke was also still dealing with the fistula that Blaylock had previously caused and was in no mood for physical activity.

54. After Starke climbed into bed, Blaylock climbed in next to her and once again began trying to kiss her. Starke told him to leave her alone as she was tired and they had an early flight the next day back to Washington DC.

55. Blaylock then covered up Starke's mouth and pulled off her clothes. He then proceeded to forcibly rape her despite her crying and attempts to force him off of her. But Blaylock would not stop and only got off of her after he ejaculated. Due to Starke's injury, there were feces on the bed and her fistula had been ripped wider open. Starke got some towels to help clean some of the mess and to sleep on as she cried herself to sleep.

56. In the morning, Starke got up early and went to Starbucks to gather herself and decide what to do. Starke is informed and believes, and on that basis alleges, that Blaylock got very nervous after waking up that she had gone to the police. He began texting/calling her to encourage her to come back to the suite ostensibly because he needed help with something. When Starke did return to the suite, Blaylock had already packed all of their things and called an Uber. Starke believes that Blaylock did this to limit the time Starke would have to go off and tell anyone else what had happened.

57. Indeed, at the airport, Blaylock learned that there had been a mistake and Starke and Blaylock's seats were not next to each other for the flight to Washington. Blaylock became irate and yelled at the counter for the airline to change their seats, but they refused to do so. Starke is informed and believes, and on that basis alleges, that Blaylock was afraid that during the 4 hour flight that Starke might elect to tell someone sitting next to her what had happened to her if Blaylock was not also next to her.

58. Starke and Blaylock did not speak for a while after that. Eventually, however, Blaylock again indicated to Starke that his actions had been caused by his drug addiction and that things would be better. Starke unfortunately believed him once again.

**F. Miami Assault (April 2022)**

59. Starke went to visit Blaylock in April 2022 in Miami at a home Blaylock had rented the prior winter. Starke arrived in Miami on April 1, 2022.

60. Starke was recovering from two major surgeries, a full hysterectomy & temporary ileostomy on October 7, 2021 and a temporary ileostomy reversal on January 7, 2022, in addition to radiation and chemotherapy related to her 1 ½ year battle with rectal cancer. As a result of the recent

surgeries, Starke's physicians had ordered her to abstain from any sexual behavior for at least six months or until cleared by them.

61. Starke had previously visited Blaylock at the same Miami home in February 2022. During that visit, Blaylock had respected Starke's medical condition and had not attempted any sexual advances. Therefore, Starke had been unconcerned that Blaylock would attempt any such advances or assaults during the April visit. Unfortunately, Starke's sense of security was false.

62. Blaylock had remembered the timeline proposed by Starke's physicians and apparently felt that enough time had passed for Starke to resume sexual activity. Very quickly during the April visit, Blaylock began pressuring Starke for sex.

63. As was typical for Blaylock, through Starke's visit, Blaylock was consuming large amounts of illicit drugs – including marijuana, mushrooms, opiates, and cocaine. Blaylock apparently purchased some of these drugs in Miami and had shipped others to himself as he typically did so through Federal Express.

64. Throughout the visit, Blaylock's attempts to pressure Starke for sex increased along with Blaylock's irritability and paranoia.

65. On the last day of Starke's visit, Blaylock claimed that he was not feeling well. He first complained of his stomach hurting him while the two were at the gym in the morning. Starke feared that this was an excuse for Blaylock to try to trap her in his bedroom. So, Starke allowed Blaylock to return to his bedroom alone while Starke continued with her workout.

66. This seemed to annoy Blaylock and he instead went to lay on the beach rather than in his bedroom. Starke eventually joined him on the beach where she went swimming, read the paper, and played on her phone.

Eventually, Blaylock announced that they had to leave the beach because he was not feeling well and Starke needed to pack for her trip home.

67. Upon returning to Balylock's rental, Starke went to her bedroom to pack while Blaylock went to his bedroom. At some point, Blaylock called to Starke because he claimed that he needed some help with some issue.

68. When Starke went to Blaylock's room, Blaylock immediately closed the door and blocked Starke's exit. Blaylock then threw Starke onto his bed and climbed on top of her. Starke attempted to fight but given the weight disparity and Starke's weakness from her cancer treatments, she could not force him off of her.

69. Blaylock started pressing himself against Starke saying "come on, you know you want me, stop playing hard to get." Despite Starke crying and screaming for Blaylock to stop, Blaylock raped Starke. After he ejaculated, Blaylock got off of Starke and showered.

70. Starke went to her bedroom and laid on the bed for some time crying. She then packed her things and tried to leave. Blaylock stopped her from leaving right away. He cried and tried to excuse what he had just done. Eventually, Starke was able to leave with just enough time to get to the airport.

**G. European Assaults (April -May 2022)**

71. In April 2022, Starke needed to travel to Madrid, Spain to meet with a client. The client had insisted that Starke stay at the Ritz Carlton in Madrid because it had good security. The client was worried for Starke's safety during the trip due to the contentious nature of the matter in which the client was involved.

72. When Starke had informed Blaylock of the trip, Blaylock insisted that he would come as well as he had never been to Madrid and also insisted on

adding additional days in Rome, Italy, which Blaylock indicated to Starke was his favorite city.

73. Starke had anticipated that Blaylock would remain sober for this trip as she did not anticipate that he would continue to ship drugs to himself internationally or risk acquiring illegal drugs in a foreign country. These assumptions proved wrong.

74. Upon checking into the Ritz Carlton Madrid, Blaylock had a box waiting there that had been shipped to himself via FedEx.

75. Blaylock's behavior on the trip quickly became erratic due to his drug use. During shopping trips, Starke had to consistently tell Blaylock to calm down and apologize to staff at various boutiques due to Blaylock's behavior. Blaylock kept disappearing frequently to use the restroom which Starke believes was because he was snorting cocaine in the bathrooms because he kept getting increasingly hyper and irritable.

76. On the evening of April 27, 2022, Starke and Blaylock returned to their hotel suite in the evening. Blaylock was once again high on drugs and kept insisting to Starke that they have their own "party" in this suite. Starke insisted that she was tired and just wanted to go to bed. Blaylock ignored this and tried to force Starke to dance with him. When she was not cooperating, Blaylock pushed her onto the bed, stripped off her clothes, and raped her. Similar to prior incidents, Starke tried to force him off of her, but was unable to do so. Despite Starke's begging, pleading, and crying, Blaylock continued to rape her while screaming "F^@! me like a rock star!" After the encounter, Starke laid in the bed sobbing and pulled the covers over herself to cry herself to sleep.

77. The next morning, Starke got up early to attend a workout and to escape the suite. Starke was at a loss of what to do as Blaylock kept their

tickets and travel documents and she could not afford at the time to book separate travel back to the US.

78. When Blaylock saw her later that day, Blaylock simply asked Starke "Are you OK?" Starke told him she was not OK and started crying and sobbing uncontrollably. Blaylock said he did not know what had happened the previous night but "maybe [he] had overdid it." When Starke told him that he had raped her, he simply looked perplexed and did not really respond.

79. Blaylock and Starke travelled to Rome, Italy, on April 29, 2022. Starke was hopeful that Blaylock had not shipped any drugs to himself in Rome and that the Roman leg of the trip would be better.

80. Starke was initially encouraged upon checking into their hotel in Rome as unlike most of her other travels with Blaylock there was not a FedEx package waiting from him upon check-in. This hope was short-lived, however, as a short time later a hotel employee came to their door with a large FedEx package for Blaylock. Unsurprisingly to Starke, the package was indeed full of drugs.

81. Much to Starke's surprise, however, Blaylock did not immediately open the box and unpack his drugs into the room. Instead the two went to dinner without Blaylock first consuming any drugs. Starke believes this was because Blaylock recognized that he had done something wrong in Madrid and was trying to be on his best behavior.

82. For the next two days, Blaylock and Starke spent much of their time wandering the city, shopping, and sightseeing. Due to Blaylock usually sleeping in late in the morning, Starke was often up earlier than him and used that time in Rome to explore on her own. She discovered that at some

point, Blaylock had opened his FedEx package and began using the drugs contained therein.

83. On their last day in Rome, Blaylock and Starke spent much of the day shopping for a nice gift to bring home for Starke's son. When they returned to their hotel later that evening after dinner, Blaylock insisted that he wanted to "party" since it was their last night in Rome. Starke saw him snort some lines of cocaine and smoke marijuana. Starke indicated that she was tired and went to bed. Blaylock then came into their room and started berating her for being "boring." Blaylock kept insisting that she needed to get out of bed and have some fun with him. When she refused, he attacked her once again.

84. Blaylock first got into bed and started touching Starke and pulling the covers off of her. He then began kissing her and removing her clothes. Starke began begging him to stop and leave her alone. She started crying and tried fighting to keep him off of her. But as always, he was much bigger than her and eventually succeeded in pulling her clothes off and getting on top of her. Blaylock raped Starke once again. Through the whole ordeal, Starke was lying there, crying and screaming. Blaylock once again kept yelling "F$&! me like a rockstar!" until he was finished.

85. After Blaylock finished, he went back out to the living space of the suite blasting music while Starke cried herself to sleep.

86. In the morning, Starke left the hotel early to get away from Blaylock. Blaylock asked what happened and Starke told him that he was high on drugs once again the prior night and raped her. Starke also told Blaylock that she could not go on like that.

87. Starke returned to the hotel as late as she felt she possibly could to get packed and leave for the airport. During the car ride to the airport, Blaylock attempted to make small talk like nothing had happened.

**H. Hotel Bel Air Rape (May 2022)**

88. Starke was in Los Angeles in late May 2022 for meetings related to a manuscript she had written and possible film adaptation, as well as other client meetings.

89. Steely Dan, which is Blaylock's favorite band, was performing at the Hollywood Bowl on May 27, 2022. Blaylock purchased tickets for the Steely Dan show and invited Starke to come with him, as their relationship was on the rocks given Blaylock's escalating substance abuse and increasing violence against Starke.

90. Blaylock rented Bel Air's former presidential suite renamed the Canyon Suite and invited Starke to stay with him since she was already in Los Angeles, so she could relax as Blaylock arranged for massages for Starke.

91. Blaylock also offered to invite Starke friends for lunch, as well as the director on Starke's film adaptation and another friend. Blaylock wanted to host everyone at the Bel Air Hotel.

92. Blaylock put a lot of pressure on Starke to join him as he supposedly did not want to be alone in such luxurious space.

93. Starke joined him but she kept very busy, leaving the hotel early in the morning to go exercise at the Tracy Anderson studio in Brentwood and attend business meetings in the afternoon, so she tried to minimize her time alone with Blaylock because she no longer trusted him and was scared of him.

94. Blaylock was on the best behavior until the evening of the Steely Dan concert. That day Blaylock engaged in a drug binge of the usual cocktail of cocaine, marijuana, mushrooms and opiates. Blaylock and Starke went to the show at the Hollywood Bowl, which went relatively smoothly. They got home late and Blaylock passed out, so Starke was relieved as she feared what might happen otherwise.

95. Starke got up early the next morning to go to Tracy Anderson in Brentwood on May 28, 2022, while Blaylock was still asleep. In early afternoon, she had a meeting with Yarek Danielek, a film distributor on her project and another friend at the former Montage Hotel. Starke came back to the Bel Air hotel to quickly change before running back out for her meetings.

96. As Starke arrived in the suite, Blaylock looked like he just woke up, still high from the night before and very irritated that Starke was not spending enough time with him. As Starke jumped in the shower and went to grab clothes for her business meeting, Blaylock shut the door of the master bedroom of the suite and locked the front door. He threw her on the bed and started forcing himself upon Starke. Starke was fighting Blaylock off telling him, she had to go. But Blaylock would not stop. Starke was crying and screaming while trying to resist but Blaylock overcame her and raped her. After Blaylock ejaculated, he rolled off Starke, so she was able to run off throw on her clothes and run to her meeting.

97. As she arrived at the former Montage Hotel, Starke was disheveled and asked immediately for a drink, which is uncharacteristic for her. Danielek asked what was happening with Starke in Polish because they often communicate in their respective languages. Starke told Danielek that she was just raped at the Bel Air Hotel.

98. Starke returned to the suite in the evening. She invited a girlfriend over so as not to be alone with Blaylock, which irritated him and he sat in the living room with his headphones on while smoking marijuana & doing lines of cocaine. Starke walked her friend out and stayed away until it was time to go to bed, as Starke and Blaylock had an early flight back to Washington, D.C.

99. Thankfully, the airline made a mistake and separated Starke and Blaylock's seats on the flight back to Washington DC, which Blaylock threw a fit about as he was concerned Starke would say something to her neighbor. Starke thought during the entire flight how to fix her situation with Blaylock and what to do, as Blaylock promised to pay for her cancer treatments and he had covered most of her cancer expenses up to that point. Starke was afraid that if she ended the romantic relationship with Blaylock and went to the police, Blaylock would stop paying for her cancer treatments, which Starke was afraid she could not otherwise afford.

100. However, the situation had become untenable and Starke avoided seeing Blaylock after the trip. Blaylock broke his promise to pay for Starke's cancer treatments. And, on or about June 17, 2022, Blaylock sent Starke several large FedEx boxes, without any notice that barricaded the entrance to Starke's home with Starke's belongings from Starke's bedroom from Blaylock's house.

101. The day after receiving the FedEx boxes, Starke received a scanned PDF written by Blaylock from Blaylock's brother Bruce with self-serving statements and mischaracterizations of Starke and Blaylock's relationship and threats of legal action. A copy of this letter was attached to Plaintiff's complaint as Exhibit "A." Starke is informed and believes, and on that basis alleges, that Blaylock timed to send the email when he knew she would be

with her son at brunch. Starke's son asked her "Mom, what happened to you? Did you see a ghost?" Starke replied she saw something disturbing on her phone.

**FIRST COUNT**

(Sexual Assault & Battery)

102. Starke re-alleges the foregoing paragraphs as though set forth herein in full.

103. As described herein above, on numerous occasions, Cross-Defendant Blaylock committed sexual assault and battery against Starke.

104. As a proximate result of Blaylock's actions, Starke suffered actual injuries, including, but necessarily limited to, physical pain, mental suffering, humiliation, and emotional distress.

105. In committing the acts described herein, Blaylock acted with evil motive, actual malice, deliberate violence and/or oppression, or with intent to injure, and/or in willful disregard for the rights of Starke. Moreover, Blaylock's conduct itself was outrageous and/or reckless toward the safety of Starke. Starke is therefore entitled to an award of punitive damages in addition to other damages that she suffered.

**SECOND COUNT**

**(Intentional Infliction of Emotional Distress)**

106. Starke re-alleges the foregoing paragraphs as though set forth herein in full.

107. Cross-Defendant Blaylock's conduct described herein was outrageous and extreme. Further, Blaylock's actions were committed intentionally and/or with reckless disregard for the effect that they would have and damages they would cause Starke.

108. As a proximate result of Blaylock's actions, Starke suffered actual injuries, including, but necessarily limited to, physical pain, mental suffering, humiliation, and emotional distress.

109. In committing the acts described herein, Blaylock acted with evil motive, actual malice, deliberate violence and/or oppression, or with intent to injure, and/or in willful disregard for the rights of Starke. Moreover, Blaylock's conduct itself was outrageous and/or reckless toward the safety of Starke. Starke is therefore entitled to an award of punitive damages in addition to other damages that she suffered.

**FOURTH COUNT**

**(Negligence)**

110. Starke re-alleges the foregoing paragraphs as though set forth herein in full.

111. Cross-Defendant Blaylock owed a duty of care to Starke to not endanger her with his negligent conduct.

112. If Blaylock's actions described herein were not intentional, they were negligent in that they were likely to cause severe harm and emotional distress to Starke.

113. In fact, Blaylock's conduct described herein did cause Starke severe harm and emotional distress of an enduring and life-altering nature.

114. As a proximate result of Blaylock's actions, Starke suffered actual injuries, including, but necessarily limited to, physical pain, mental suffering, humiliation, and emotional distress.

**FOURTH COUNT**

**(Negligent Infliction of Emotional Distress)**

115. Starke re-alleges the foregoing paragraphs as though set forth herein in full.

116. Cross-Defendant Blaylock owed a duty of care to Starke to not endanger her with his negligent conduct and further owed a duty of care due to his romantic relationship with Starke to not endanger her emotional wellbeing.

117. If Blaylock's actions described herein were not intentional, they were negligent in that they were likely to cause severe harm and emotional distress to Starke.

118. In fact, Blaylock's conduct described herein did cause Starke severe harm and emotional distress of an enduring and life-altering nature.

119. As a proximate result of Blaylock's actions, Starke suffered actual injuries, including, but necessarily limited to, physical pain, mental suffering, humiliation, and emotional distress.

## PRAYER FOR RELIEF

WHEREFORE, Starke requests judgment in her favor with regard to the foregoing Cross-Claim as follows:

A. That Starke be awarded damages, including, but not necessarily limited to, actual damages and compensatory damages of at least $1,000,000 in an exact amount to be proven at trial;

B. That Starke be awarded punitive damages of at least $10,000,000 in an exact amount to be proven at trial;

C. That Starke be awarded costs of suit and, if permitted by law, reasonable attorneys' fees;

D. For all other such relief that the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Starke demands a trial by jury.

Dated: April 29, 2024 /s/_Petra Starke_______

Petra S. Starke, *pro se*
5619 Title Row Dr.
Bradenton, FL 3421
(310) 948-5811 (Tel)
petrasmeltzerstarke@gmail.com
Defendant Petra Smeltzer Starke Pro Se

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 29, 2024I served a true and correct copy of the foregoing Defendant Petra Starke's Cross-Claim Against Dan M. Blaylock, via first class mail, to

David A. Levie
VENABLE LLP
600 Massachusetts Avenue NW
Washington, DC 20001
Counsel for Dan M. Blaylock Plaintiff

_*/s/ Petra Strake*
Petra S. Starke