# Exhibit A



**From:** Evgeny Bolotin <bolotin.evgeny@yahoo.com>
**Sent:** Sunday, January 14, 2024 2:52 PM

**Subject:** !!#BANDAN & DOCUMENTARY UPDATE!!

Dear Ladies & Gentlemen,

We are delighted to inform you that our new website, danblaylock.com, is now live.

We strategically timed its release alongside the disclosure of Jeffrey Epstein's files due to the noticeable parallels between Mr. Blaylock's and Mr. Epstein's behaviors.

This includes the transportation of individuals across state lines for illicit purposes and the alleged use of his Federal Express account for the shipment of illegal narcotics.



**We say no - Why? - We say no - Why? #BANDAN**

Public exposure of this behavior is the only way to save public health and human lives. Unfortunately, narcissis...

Anticipating a substantial response from other potential victims, we are committed to expanding and promoting our documentary. Mr. Blaylock's recent legal actions have provided us with additional material on witness intimidation tactics and the use of civil legal procedures to impede criminal investigations in various states.

We encourage you to stay tuned for updates, as we value the insights gained through these legal actions.

On a positive note, our #bandan campaign has garnered an incredible response. If you would like to participate, kindly respond to this email with your t-shirt size, and we would be happy to send you a complimentary t-shirt.

We understand that spending the holidays with an individual facing such allegations can be challenging.

Feel free to reach out if you would like to contribute to expanding the documentary or share your perspective on the situation. Your involvement would be greatly appreciated.

Best regards,

E.B.