# Exhibit D

|         |                                                                                  |
|---------|----------------------------------------------------------------------------------|
| **From:**    | Goodman, Jake                                                               |
| **To:**      | Petra Smeltzer                                                              |
| **Cc:**      | Beeber, Jessie F.; Briggs, William J.; Keith Berglund                       |
| **Bcc:**     | Dan Blaylock adv_ Petra Starke_ 152457_569994_ Email_ 569994_              |
| **Subject:** | RE: Blaylock v Starke - Rule 26f Conference                                 |
| **Date:**    | Thursday, May 9, 2024 1:57:34 PM                                            |

Ms. Starke,

Thank you for your response. It seems probable that you will not be able to rectify the issues regarding Mr. Berglund's pro hac motion before Monday's deadline to meet and confer.
If Mr. Berglund has not successfully entered an appearance by Monday, we are willing to participate in the "meet and confer" required to prepare the Rule 26 conference report with him, provided that you enter into a "limited" power of attorney with Mr. Berglund in which he is empowered to act on your behalf with regard to that meet and confer. We will not otherwise recognize Mr. Berglund as your attorney for that purpose since he has not filed a notice of appearance in this action and is not admitted to the D.D.C. bar.

Thank you,

Jake W. Goodman, Esq. | Venable LLP
t 212.370.6269 | f 212.307.5598
151 W. 42nd Street, 49th Floor, New York, NY 10036

JWGoodman@Venable.com | www.Venable.com

**From:** Petra Smeltzer <petrasmeltzer@gmail.com>
**Sent:** Wednesday, May 8, 2024 11:55 AM
**To:** Goodman, Jake <JWGoodman@Venable.com>
**Cc:** Beeber, Jessie F. <JBeeber@Venable.com>; Briggs, William J. <wjbriggs@venable.com>; Keith Berglund <keith@berglundgroup.com>
**Subject:** Re: Blaylock v Starke - Rule 26f Conference

Caution: External Email

 + Keith Berglund

Mr. Goodman:

At the moment, I am going through immunotherapy side-effects that make my body temperature fluctuate between 103.5 and 94.6 and everything in between.  I am unable to participate in my defense or prosecution of my  own cross-claims against Mr. Blaylock in this physical state.  My understanding is that Mr. Blaylock should understand this condition as he experienced something similar with his chicken-gunya.

I do not know what to tell you.  You have not heard back from me because I am largely off my phone and laptop.  My social media account has a team servicing it and they have posts planned months in advance, so I can spare you the time of trolling my social media accounts.  Not much is real time.

I added Mr. Berglund because he is and will continue to be my attorney and today we anticipate to

file a Pro Hac Vice that hopefully finally can get through the court.

Mr. Berglund will sort out the situation at hand with you.  I don't know what to tell you.  I wish I were not dealing with my cancer, which was in full remission until you filed your lawsuit on behalf of Mr. Blaylock who has a great track record of people close to him dying of cancer or getting other illnesses.

My best,

Petra

Petra Smeltzer Starke
(310)948-5811

> On May 8, 2024, at 10:00 AM, Goodman, Jake <JWGoodman@venable.com> wrote:
>
> Ms. Starke,
>
> I am writing to follow up about the upcoming May 13 deadline to conduct the Rule 26(f) conference, which is prescribed by the Federal Rules and has been ordered by the court. We request 24 hours advance notice of your availability to allow us time to arrange for a court reporter to transcribe the conference.
>
> Thank you,
>
> Jake W. Goodman, Esq. | Venable LLP
> t 212.370.6269 | f 212.307.5598
> 151 W. 42nd Street, 49th Floor, New York, NY 10036
>
> JWGoodman@Venable.com | www.Venable.com
>
> **From:** Goodman, Jake
> **Sent:** Tuesday, April 30, 2024 1:03 PM
> **To:** petrasmeltzer@gmail.com
> **Cc:** Beeber, Jessie F. <JBeeber@Venable.com>; Briggs, William J. <wjbriggs@venable.com>
> **Subject:** RE: Blaylock v Starke - Rule 26f Conference
>
> Ms. Starke,
>
> The court has now ordered us to participate in a Rule 26(f) conference by May 13, which is 21 days before the June 3 conference (ECF No. 29). By the end of this week, please provide dates and times before May 13 that you are available to conduct this conference, or we will raise this issue with the court.
>
> Thank you,
>
> Jake W. Goodman, Esq. | Venable LLP

t 212.370.6269 | f 212.307.5598
151 W. 42nd Street, 49th Floor, New York, NY 10036

JWGoodman@Venable.com | www.Venable.com

**From:** Goodman, Jake
**Sent:** Tuesday, April 23, 2024 5:26 PM
**To:** petrasmeltzer@gmail.com
**Cc:** Beeber, Jessie F. <JBeeber@Venable.com>; Briggs, William J. <wjbriggs@venable.com>
**Subject:** Blaylock v Starke - Rule 26f Conference

Ms. Starke,

We understand the last day for the parties to participate in a Rule 26(f) conference is May 3rd.  Please provide some dates and times before May 3rd that you are available to conduct this conference. Additionally, let us know if Mr. Berglund will file a renewed pro hac motion, or whether you will obtain a new counsel, or whether you will continue to be proceed pro se in this action. Last, please be advised that we intend to have a court reporter record and transcribe our Rule 26(f) conference.

Thank you,

Jake W. Goodman, Esq. | Venable LLP
t 212.370.6269 | f 212.307.5598
151 W. 42nd Street, 49th Floor, New York, NY 10036

JWGoodman@Venable.com | www.Venable.com

************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
************************************************************************