# Exhibit E

| | |
|---|---|
| **From:** | Goodman, Jake |
| **To:** | Keith Berglund |
| **Bcc:** | Dan Blaylock adv_Petra Starke_152457_569994_Email_569994_ |
| **Subject:** | RE: Blaylock v Starke |
| **Date:** | Wednesday, May 15, 2024 2:33:02 PM |

Keith,

Thank you for the call earlier. We acknowledge that you intend to ask the court for a 1-month adjournment of the scheduling conference. We take no position on that request. Under D.C. Local Rule 16.3(d), it is the plaintiff's obligation to ensure that the joint report is timely filed. Thus, absent an order from the court in response to your extension request, we intend to file a report on the May 28 deadline.

Thanks,
Jake

Jake W. Goodman, Esq. | Venable LLP
t 212.370.6269 | f 212.307.5598
151 W. 42nd Street, 49th Floor, New York, NY 10036

JWGoodman@Venable.com | www.Venable.com

**From:** Goodman, Jake
**Sent:** Wednesday, May 15, 2024 9:57 AM
**To:** Keith Berglund <keith@berglundgroup.com>
**Subject:** Blaylock v Starke

Keith,

Seems like we keep missing each other. We're generally pretty available tomorrow or Friday to conduct the 26(f) conference if you can provide your availability for those days.

I'm available by phone today if you'd like to discuss.

Thanks,
Jake

Jake W. Goodman, Esq. | Venable LLP
t 212.370.6269 | f 212.307.5598
151 W. 42nd Street, 49th Floor, New York, NY 10036

JWGoodman@Venable.com | www.Venable.com