# EXHIBIT F

 **petrasmeltzer** ✓
Niagara Falls State Park, USA



    

**10,220 likes**
**petrasmeltzer** Niagara Falls for a day 
View all 120 comments
May 29

PETRASMELTZER
Posts

Follow



20,243 likes
petrasmeltzer Eerie Sunday Funday 🐶 🛥️ 🧘‍♀️
View all 137 comments
June 10

10:20     5G 70

←    **PETRASMELTZER**    Follow
       Posts

 **petrasmeltzer** ✓
Times Square, New York City



♡   ○   ▽      🔖

**10,249 likes**

**petrasmeltzer** Happy Memorial Day Friends 💕 from a New York minute  

View all 140 comments

⌂    🔍    ⊕    ▶    👤