# Exhibit A

# Curriculum Vitae

**Shawn Kerr**
Senior Computer Forensic Specialist

(800) 748-5440
skerr@SetecInvestigations.com
www.SetecInvestigations.com

Mr. Shawn Kerr is a Senior Computer Forensic Specialist with Setec Investigations.  Mr. Kerr's expertise in computer forensics and investigative techniques allows him to successfully provide corporations, law firms, and law enforcement agencies with electronic evidence critical to the resolution of civil and criminal litigations and lead these investigations in a professional manner.

Mr. Kerr's continuously supports public and private corporations, along with government entities through litigation support and expert witness services, leveraging his technical expertise, understanding of the legal system, and real-world experience to produce cost-effective strategies for the discovery, collection, and investigation of electronic evidence.  In addition, Mr. Kerr participates in Setec Investigations' Computer Incident Response Team (CIRT) and applies his real-world experience by performing corporate computer fraud and cybercrime investigations.

Mr. Kerr has acted as a computer forensic investigator for private attorneys, law enforcement agencies, corporations, insurance companies, and private individuals.  Mr. Kerr's involvement in diverse investigations and litigations has spanned numerous areas, including:

- Fraud
- Theft of Intellectual Property
- Trade Secret Misappropriation
- Email & Internet Abuse
- Employee Disputes
- Patent Infringement
- Copyright Infringement
- Divorce & Family Law
- Asset Recovery
- Defamation
- Industrial Espionage
- Disputed Dismissals
- Software Code Review
- Breach of Contract

# PREVIOUS PROFESSIONAL EXPERIENCE

**SETEC INVESTIGATIONS**

**Senior Computer Forensic Specialist,** May 2018 to Present

Supports and participates on computer forensic investigations and electronic discovery activities as a skilled high-tech investigator and project manager, regularly focusing on corporate computer fraud and cybercrime investigations.
Provides litigation support advisory assistance to attorneys to advance computer forensic and electronic discovery efforts, satisfy discovery requests, and compel inspections.
Acts as a computer forensic investigator for private attorneys, law enforcement agencies, corporations, insurance companies, and private individuals involved in diverse investigations and litigations spanning numerous areas, including, but not limited to: fraud, theft of intellectual property, trade secret misappropriation, email and internet abuse, employee disputes, sexual harassment, and breach of contract.

**KERR CONSULTING LLC**

**Owner,** November 2013 to May 2018

Consultant for California Department of Justice: Assisted Office of the Attorney General with the creation and establishment of state wide digital forensic labs. Including development of initial business plan, hiring of personnel, build-out of lab facilities and equipment purchasing. Currently two facilities are running and staff is in the onboarding process.

**STROZ FRIEDBERG**

**Assistant Director, Digital Forensics,** January 2011 to August 2013

**Digital Forensic Examiner,** January 2008 to January 2011

**Los Angeles, CA**

Conduct digital forensic acquisitions and analyses of laptops, desktops, servers, PDAs, and cell phones in civil litigations, criminal matters, and internal investigations. Perform and supervise incident response functions related to network compromise and data breach incidents. Serve as technical adviser to clients engaged in system triage, imaging, and investigation. Conduct electronic discovery and data production operations at client request. Prepare detailed reports of investigation and when required, testify as to their accuracy. Act as technical specialist on all matters involving the use or deployment of EnCase forensic tools. Recent cases include:

- Conducted and managed collection, documentation and searching of over 14 terabytes of email and user documents; in multinational FCPA case with data

located in two countries.

- Conducted and managed collection of over two terabytes of email and user documents; collected information from three different server sites and more than fifty workstations, and laptops.

- Collected over three terabytes of video data from Fortune 500 company and assisted in separate collection of an additional three terabytes; conducted analysis of extracted relevant footage and provided expert written testimony.

- Performed forensic analysis of hard drive for theft of intellectual property case; generated expert reports and expert written testimony.

**LECG**

**Consultant**

**Los Angeles, CA**

May 2006 to January 2008

- Performed forensic analysis of hard drives for potential theft of client intellectual property; generated reports and deliverables.

- Managed eDiscovery projects; created Summation and Concordance load files for client review in varied matters.

- Led a local team in the processing of 12+ terabytes of data in an internal audit investigation; provided documentation, searches, and metadata analysis of key documents.

- Imaged and processed data from over 100 computers, hosting multiple operating systems in a Fortune 100 Company.

- Supported a Fortune 500 Company with the review of over four million documents; provided assignment creation, training assistance, and reports generation in the Attenex and SQL environments.

- Supported a Fortune 1000 Company with the review of over two million documents from within the Attenex environment providing: search results staging into the review environment; metadata preservation during the staging process; global and custodian level de-duplication; assignment and file set creation; and error handling and report generation through both the SQL and Attenex environments.

**KETCHUM INC.**

**Technology Support Group Manager**

Los Angeles, CA

June 2000 to May 2006

- Supported Los Angeles office of global public relations and internal communications firm, including maintaining office intranet site.
- Maintained Windows NT/2000/XP operating environment, Merlin Magix telephone and Audix voicemail systems, and Veritas Backup Exec for server.
- Provided network maintenance and troubleshooting, implemented hardware and software upgrades, and provided technical support for client presentations.
- Coordinated systems support for toll-free media crisis center and coordinated distributed satellite TV system.
- Managed billing and vendor coordination for cellular and conventional phone and equipment leasing.
- Planned and implemented systems requirements for office expansion and office relocation in 2001 and 2002, including server/phone room design; Coordinated new office build-out and conducted three office moves with no billable hours lost. Redesigned security system for 60,000 square foot office building.

**U.S. NAVY**

**Petty Officer First**

**Class Naval Station**

**Guam** June 1989 to

April 1999

- Led logistics support for deployment of personnel and equipment in multinational exercises.
- Implemented Retail Ordnance Logistics Management System and developed specifications for upgrade of security systems.
- Managed procurement of expendable materials.

## TESTIMONY

**Trial and Deposition Testimony**

**August 2021:** Computer forensic expert deposition in 208 Redwood Partners LLC, et al. v.

– 4 –

Patrick M. Grace, et al., Circuit Court of Maryland for Baltimore City, Case No. 24-C-19-006326

**March 2019:** Computer forensic expert testimony in Carbon Investment Partners, LLC, and Carbon Master Fund, L.P., vs. Lee A. Bressler, State Court Colorado.

**January 2012:** Computer forensic expert testimony and deposition testimony in *Kittrich Corporation v. Alkor-Venilia North America, Inc., et al.,* BC 471128, Superior Court of the State of California for the County of Los Angeles.

**November 2009:** Computer forensic expert testimony regarding forensic analysis of digital media in *Wal-Mart v. Gabbard,* State Court Arkansas.

**Testimony via Declaration**

**June 13:** Delcaration in support of plaintiff Eisen, Inc's motion for preliminary injunction in: EISEN, INC., a Delaware Corporation Plaintiff, v. STEPHANIE MERTZ and MONICA MURTHY, individuals Defendants.

**December 2023:** Declaration in support of assisting the collection O365 data through the use of the eDiscovery interface in: *Jennifer Seetoo, an individual, Plaintiff, v. County of Los Angeles, a governmental entity; Los Angeles County Sheriff's Department, a governmental entity; and DOES 1-20*

**December 2023:** Declaration regarding metadata associated with documents received by counsel in: *LUXX INTERNATIONAL, LLC, a Florida limited liability company; and WAYDE KING, an individual, Plaintiffs/Counter-Defendants, vs. PURE WATER TECHNOLOGIES, LLC, a Nevada limited liability company; TASTY ONE, LLC, a foreign limited liability company; MICHAEL KAPLAN, an individual; and ADAM KAPLAN, an individual*

**October 2023:** Collection of emails through Microsoft O365 eDiscovery interface to support *Treespring Investments LP v James Rautner, et al*

**May 2023:** Declaration regarding collection of website via X1 Social Discovery in *Chanel v. The RealReal*

**March 2023**: Collection of emails through Microsoft O365 eDiscovery interface to support *United States v. Terren S. Peizer*

**September 2022:** Declaration in support of Plaintiff's Motion to Compel Discovery and Rule 34 Request for Forensic Examination in *TK ELEVATOR CORPORATION f/k/a thyssenkrupp Elevator Corporation, a Delaware corporation v. BRET ABELS, an individual; and SCHUMACHER ELEV ATOR COMP ANY, an Iowa corporation*

**June 2022:** Declaration regarding collection of website via X1 Social Discovery in *Chanel v. The RealReal*

**May 2022:** Declaration regarding collection of website via X1 Social Discovery in *Chanel v.*

*The RealReal*

**February 2022:** Declaration regarding collection of website via X1 Social Discovery in *Chanel v. The RealReal*

January 2022: Declaration regarding computer usage in *MILOEDU, INC., a Delaware corporation, v. LYBROAN DENNIS JAMES, an individual; STEMULATE SOLUTIONS, INC.*

**January 2022:** Declaration regarding collection of website via X1 Social Discovery in JENNIFER FINNERTY, Individually, and as Personal Representative of the ESTATE OF CULLEN FINNERTY vs. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

December 2021: Declaration in support of Preliminary Injunction and expedited discovery in *MILOEDU, INC., a Delaware corporation, v. LYBROAN DENNIS JAMES, an individual; STEMULATE SOLUTIONS, INC.*

November 2021: Declaration in support of TRO in: *MILOEDU, INC., a Delaware corporation, v. LYBROAN DENNIS JAMES, an individual; STEMULATE SOLUTIONS, INC.*

**October 2021:** Declaration regarding collection of website via X1 Social Discovery in Chanel v. The RealReal

**February 2021:** Declaration regarding metadata associated with specific Microsoft Word documents.  RYAN KIME, M.D. *Plaintiff* , vs. ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC., THE MEDICAL STAFF OF ST. HELENA HOSPITAL CLEARLAKE, RODNEY LOOK, M.D., ACUTE MEDICAL PROVIDERS, INC, ADVENTIST HEALTH SYSTEM/WEST AND DOES 4-20, inclusive

**August 2020:** Declaration regarding collection of website via X1 Social Discovery in *ABSORPTION PHARMACEUTICALS, LLC Plaintiff, v. RECKITT BENCKISER, LLC, and DOES 1-50*.

**July 2020:** Affidavit to support TRO in Citgo Petroleum Corporation v. Edgardo Ordorica, District Court of Harris County Texas.

**January 2020:** Declaration regarding search functionality of Microsoft O365. *John Karavas, an individual; Michael Kiely, an individual; and Law offices of Richard A. Schloss, PC, a California Professional Corporation, Los Angeles / Century City*.

**August 2019:** Declaration regarding user online account deletion and removal of content. *Samuel Mirejovsky, V. Bergener Mirejovsky P.C. and James Bergener, Superior Court of The State of California for the County of Orange*.

**March 2019:** Declaration regarding computer usage and deletion of data in *Carbon Investment Partners, LLC, and Carbon Master Fund, L.P., vs. Lee A. Bressler, State Court Colorado.*

**August 2015:** Declaration regarding file usage and copy processes in *Quantum Spatial, Inc*

*V. Layne Bennett, Joshua Brockway, Jonathan Ellinger, Douglas Degross, Thomas Spaul, Conrad Conterno, and Eric Mcneill, as individuals*, Circuit Court of The State of Oregon For the Circuit Count of Multnomah.

**July 2015:** Declaration in support of Temporary Restrain Order in *Quantum Spatial, Inc V. Layne Bennett, Joshua Brockway, Jonathan Ellinger, Douglas Degross, Thomas Spaul, Conrad Conterno, and Eric Mcneill, as individuals*, Circuit Court of The State of Oregon For the Circuit Count of Multnomah.

**June 2015:** Declaration in support of Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion to Compel Defendant's Deposition. *Thomas Lee Phillips V Cameron Randall Phillips*, Superior Court of The State of California for the County of Orange.

**August 2011:** Declaration regarding preservation of computers and associated devices in *Jennifer Glassman v. Teri Hatcher, et al.,* BC 443439, Superior Court of the State of California for the County of Los Angeles.

**December 2006:** Declaration regarding metadata analysis in *GGP Properties, Inc v. Caruso Affiliated Holdings LLC*, Superior Court of the State of California for the County of Los Angeles.

## EDUCATION

**UNIVERSITY OF PHOENIX**

B.S., Information Technology, 2005.

**COMPUTER LEARNING CENTER**

A.S., Computer Programming, 2000.

## TRAINING

**STROZ FRIEDBERG**

**Internal Training Program**

Conduct and attend weekly in-house training presentations on digital forensics, cybercrime response, computer security, desktop and network forensics tools, and relevant legal topics

EnCase Intermediate Analysis and Reporting

EnCase Advanced Computer Forensics

## CERTIFICATIONS

EnCE – EnCase Certified Examiner (Expired 2015)

## PUBLICATIONS

July, 2011: Co-Authored *"Authenticating Electronic Evidence,"* published in Law360

## PROFESSIONAL AFFILIATIONS

Member of National Vocational Technical Honors Society