UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAN M. BLAYLOCK,

        Plaintiff,

– against –

PETRA SMELTZER STARKE AND JOHN DOES 1 THROUGH 5,

        Defendants.

Case No.: 1:23-CV-3606-TNM

## ORDER REGARDING DEFENDANT'S DISCOVERY PLAN

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties as follows:

1. Counsel for Defendant Petra Smeltzer Starke ("Defendant" or "Ms. Starke") arranged a search of the "contacts" of Ms. Starke's mobile phone and on Tuesday, April 1, 2025, provided to Counsel for Plaintiff Dan M. Blaylock ("Plaintiff" or "Mr. Blaylock") the phone numbers of the following four individuals identified in Ms. Starke's Supplemental Interrogatory Responses as served on Plaintiff on December 12, 2024: Evgeny Bolotin, Yarek Danielak, Alfredo DeVilla, and Claudio Rocha. Counsel for Ms. Starke will continue efforts to produce, on a regular and rolling basis, but in no event less than every thirty days after the Court's entry of this Order, the contact information for the remaining individuals identified in Ms. Starke's Supplemental Interrogatory Responses until Defendant represents that it has exhausted all reasonable efforts at obtaining such information.

2. Counsel for Ms. Starke will search Ms. Starke's email account for communications containing phrases within Mr. Blaylock's Requests for Production of Documents, as served on Ms.

Starke on August 19, 2024, and will retrieve and produce to Counsel for Mr. Blaylock all responsive, non-privileged communications. Production of such documents is to begin no later than April 16, 2025, and shall continue on a regular and rolling basis until the search is completed.

3. This Order shall remain in full force and effect pending further order of the Court.

**SO STIPULATED AND AGREED.**

By: */s/ Jessie F. Beeber*
David A. Levie, Esq. (D.C. Bar No. 1034550)
Venable LLP
600 Massachusetts Avenue, N.W.
Washington, DC 20001
dalevie@venable.com
(202) 344-4319 Telephone
(202) 344-8300 Fax

Jessie F. Beeber (admitted *pro hac vice*)
Sarika Andavolu (admitted *pro hac vice*)
Venable LLP
151 West 42nd Street, 49th Floor
New York, NY 10036
(212) 307-5500 Telephone
(212) 307-5598 Fax

William J. Briggs II (admitted *pro hac vice)*
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
(310) 229-9900 Telephone
(310) 229-9901 Fax

*Attorneys for Plaintiff Dan M. Blaylock*

By: */s/ Keith Berglund*
Keith W. Berglund, Esq. (admitted *pro hac vice*)
THE BERGLUND GROUP
201 Santa Monica Blvd., Ste 300
Santa Monica, CA 90401
Telephone: 310-567-6070
Facsimile: 310-564-0327
keith@berglundgroup.com

*Attorneys for Defendant Petra Smeltzer Starke*

**SO ORDERED.**
Dated: 4/8/25

The Honorable Trevor N. McFadden
United States District Court for the District of Columbia