UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAN M. BLAYLOCK,<br><br>   Plaintiff,<br><br>   v.<br><br>PETRA SMELTZER STARKE,<br><br>   Defendant. | Case No. 1:23-cv-03606-TNM |

## ORDER

The parties filed a stipulated proposed discovery order on April 9, 2025. Not. Proposed Order, ECF No. 63. In it, they agreed to begin rolling document production on April 16, 2025. *Id.* at 2. This is not the first time that discovery deadlines have been set in this case. *E.g.*, Min. Order 11/21/2024 (denying Defendant's motion to extend time to complete discovery); Min. Order 1/31/2025 (extending the end of discovery through mid-April); Min. Order 3/17/2025 (staying discovery deadlines until further order from the Court). The discovery timeline has been stretched out in light of Defendant's serious health issues, documented elsewhere in the record. *E.g.*, Mot. Protective Order, ECF No. 55, at 1. Nonetheless, this Court charged defense counsel with continuing the parts of discovery that could be accomplished without his client's participation, and the parties agreed to that plan. Order, ECF No. 64.

At the latest discovery status conference, the Court was informed that document production still has not begun. Because Defendant has not adhered to the parties' stipulated discovery plan, and considering the Court's accommodation throughout this discovery process, Defendant is now directed to produce the documents that have been identified as responsive to

1

the Plaintiff's requests. These documents must be produced by May 12, 2025. As discussed, Defendant is welcome to designate parts of the production "for attorney eyes only." Defendant should accompany the production with a privilege log, if necessary.

A further status conference is set for May 16, 2025 at 11:00 a.m. At that time, the Court will expect to hear a time frame for a deposition of the Defendant and to reset expert discovery deadlines. The parties also anticipate addressing the sufficiency of interrogatory responses at that conference. If Defendant has not met the production deadline, Plaintiff should propose remedies that may include sanctions or contempt.

Accordingly, it is

**ORDERED** that Defendant will complete document production by May 12, 2025.

**ORDERED** that the parties will appear for a Telephonic Discovery Conference on May 16, 2025, at 11:00 a.m.

Dated: May 1, 2025

*/s/ Judge Trevor N. McFadden*
TREVOR N. MCFADDEN
United States District Judge