UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAN M. BLAYLOCK,<br><br>                  Plaintiff,<br><br>  - against -<br><br>PETRA SMELTZER STARKE AND JIRI NOVAK,<br><br>                  Defendants. | Case No.: 1:23-CV-3606-TNM |

**SUGGESTION OF DEATH UPON THE RECORD OF**
**DEFENDANT PETRA SMELTZER STARKE**

William J. Briggs II, counsel to Plaintiff Dan Blaylock, respectfully suggests upon the record, pursuant to Fed. R. Civ. P. 25(a), that pro se Defendant and Counterclaimant Petra Smeltzer Starke has died during the pendency of this action on February 6, 2026. Venable has obtained a copy of Ms. Starke's death certificate and can provide it to the Court upon request. Upon information and belief, Ms. Starke's widower, George Starke, is the personal representative for Ms. Starke's estate. Plaintiff has contemporaneously served a copy of this suggestion upon Mr. Starke by first-class mail to his and Ms. Starke's last known residence.

Dated: New York, NY
       February 23, 2026

**VENABLE LLP**
*/s/ William J. Briggs II*
William J. Briggs II (admitted *pro hac vice*)
Venable LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
(310) 229-9900 Telephone
(310) 229-9901 Fax