**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAN M. BLAYLOCK,<br><br>Plaintiff,<br><br>- against -<br><br>JIRI NOVAK, et al.,<br><br>Defendants. | Case No.: 1:23-CV-3606-TNM |

**PLAINTIFF DAN M. BLAYLOCK'S**
**MOTION TO SUBSTITUTE GEORGE LAWRENCE STARKE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PETRA SMELTZER STARKE, DECEASED, FOR DEFENDANT PETRA SMELTZER STARKE**

Plaintiff Dan M. Blaylock respectfully moves, pursuant to Federal Rule of Civil Procedure 25(a)(1), to substitute George Starke, in his capacity as Personal Representative of the Estate of Petra Smeltzer Starke, deceased, for Defendant Petra Smeltzer Starke. The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities and Declaration of Jessie F. Beeber, and a proposed order is attached. Pursuant to Local Civil Rule 7(m), Plaintiff states that Defendant Jiri Novak has not appeared. There is therefore no party with whom Plaintiff can confer regarding the relief requested in this motion.

Dated: May 12, 2026

Respectfully submitted,

*/s/ Jessie F. Beeber*

Jessie F. Beeber (admitted *pro hac vice)*
Sarika Andavolu (admitted *pro hac vice)*
Venable LLP
151 West 42nd Street, 49th Floor
New York, NY 10036
(212) 307-5500 Telephone
(212) 307-5598 Fax

Theodore B. Randles (D.C. Bar No. 156339)
Venable LLP
600 Massachusetts Avenue, N.W.
Washington, DC 20001
tbrandles@venable.com
(202) 344-4271 Telephone
(202) 344-8300 Fax

William J. Briggs II (admitted *pro hac vice)*
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
(310) 229-9900 Telephone
(310) 229-9901 Fax

*Attorneys for Plaintiff Dan M. Blaylock*