**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DAN M. BLAYLOCK,

Plaintiff,

– against –

JIRI NOVAK, *et al.*,

Defendants.

Case No.: 1:23-CV-3606-TNM

**DECLARATION OF JESSIE F. BEEBER**

JESSIE F. BEEBER, pursuant to 28 U.S.C. § 1746, declares:

1. I am an attorney admitted pro hac vice to practice before this Court and am a Partner at Venable LLP ("Venable"). Venable represents Plaintiff Dan M. Blaylock ("Plaintiff" or "Mr. Blaylock") in the above-captioned action.

2. Attached hereto as **Exhibit A** is a true and correct copy of the probate docket sheet for the Estate of Petra Smeltzer Starke as of May 12, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 12, 2026
New York, NY

/s/ *Jessie F. Beeber*

Jessie F. Beeber