# Exhibit A

**Case:** 2026CP000720AX

**Filed:** 03/30/2026

**Status:** OPEN **Type:** Probate **Judge:** DIANA L MORELAND

Parties:

| Party Type | Name | Gender | DOB |
|---|---|---|---|
| Decedent | PETRA SMELTZER STARKE<br>**Mailing Address:** 5619 TITLE ROW DRIVE BRADENTON FL 34210<br>**Physical Address:** 5619 TITLE ROW DRIVE BRADENTON FL 34210 | Female | [redacted] |
| Personal Rep | GEORGE LAWRENCE STARKE<br>**Mailing Address:** 5619 TITLE ROW DRIVE BRADENTON FL 34210<br>**Physical Address:** 5619 TITLE ROW DRIVE BRADENTON FL 34210<br>**Attorney:** JOHN PAUL FLECK JR | | |
| Trust Of | PETRA STARKE REVOCABLE TRUST DATED 10/21/2021 | | |
| Trustee | GEORGE LAWRENCE STARKE<br>**Mailing Address:** 5619 TITLE ROW DRIVE BRADENTON FL 34210<br>**Physical Address:** 5619 TITLE ROW DRIVE BRADENTON FL 34210 | | |

Dockets Key:

| DIN | View | Date | Description | Pages |
|---|---|---|---|---|
| **1** (1) | | 03/30/2026 | Case 412026CP000720CPAXMA Filed with Clerk on 3/30/2026 | |
| **2** (4) | | 03/30/2026 | Assessment 1 assessed at sum $400.00 AssessmentID 12717787 | |
| **3** (7) | | 03/30/2026 | Assessment 2 assessed at sum $41.00 AssessmentID 12717791 | |
| **4** (8) | | 03/30/2026 | Compliance FILING FEE ASSESSED has been created with due date of 3/31/2026 - id number 2980423 | |
| **5** (11) | | 03/30/2026 | CERTIFICATION OF DEATH OF PETRA STARKE | 1 |
| **6** (12) | | 03/30/2026 | COPY OF CERTIFICATE OF MARRIAGE REGISTRATION | 1 |
| **7** (13) | | 03/30/2026 | COPY OF CERTIFICATE OF BIRTH OF GEORGE LAWRENCE STARKE IV | 1 |
| **8** (14) | | 03/30/2026 | ACCEPTANCE OF DESIGNATION OF RESIDENT AGENT FOR THE PERSONAL REPRESENTATIVE | 1 |
| **9** (15) | | 03/30/2026 | NOTICE OF APPEARANCE FOR THE PETITIONER/PERSONAL REPRESENTATIVE | 1 |
| **10** (16) | | 03/30/2026 | ACCEPTANCE OF DESIGNATION OF RESIDENT AGENT FOR THE PERSONAL REPRESENTATIVE | 1 |
| **11** (17) | | 03/30/2026 | PETITION FOR ADMINISTRATION -INTESTATE FLORIDA RESIDENT | 5 |
| **12** (18) | | 03/30/2026 | OATH OF THE PERSONAL REPRESENTATIVE AND DESIGNATION OF FLORIDA RESIDENT AGENT | 2 |
| **13** (19) | | 03/30/2026 | NOTICE OF TRUST - MAILED | 2 |
| **14** (20) | | 03/30/2026 | AFFIDAVIT OF NO FLORIDA ESTATE TAX DUE | 2 |
| **15** (21) | | 03/30/2026 | AFFIDAVIT OF HEIRS FOR THE PETITION FOR ADMINISTRATION -INTESTATE FLORIDA RESIDENT | 3 |
| **16** (6) | | 03/31/2026 | Payment received:Receipt Number C 1492348 | |
| **17** (9) | | 03/31/2026 | Compliance Type FILING FEE ASSESSED was satisfied with Compliance Action - FILING FEE PAID set on 3/31/2026 | |
| **18** (10) | | 03/31/2026 | Payment received:Receipt Number C 1492352 | |

| DIN | View | Date | Description | Pages |
|---|---|---|---|---|
| **19** (22) | | 03/31/2026 | MANATEE COUNTY PROBATE DIVISION CHECKLIST: OPENING FORMAL ADMINISTRATION INTESTATE ESTATE | 3 |
| **20** (24) | | 04/01/2026 | ORDER APPOINTING PERSONAL REPRESENTATIVE | 1 |
| **21** (23) | | 04/02/2026 | NOTICE TO TRUSTEE - MAILED | 1 |
| **22** (25) | | 04/07/2026 | LETTERS OF ADMINISTRATION - RECORDED | 1 |
| **23** (28) | | 04/07/2026 | BOND | 2 |
| **24** (26) | | 04/08/2026 | Compliance CP INVENTORY DUE has been created with due date of 6/6/2026 - id number 2984003 | |
| **25** (27) | | 04/08/2026 | Compliance CP 12 MONTHS - DISCH has been created with due date of 4/8/2027 - id number 2984004 | |
| **26** (29) | | 04/10/2026 | STATEMENT OF CLAIM - SARASOTA COUNTY PUBLIC HOSPITAL BOARD - MAILED | 2 |
| **27** (30) | | 04/21/2026 | NOTICE TO CREDITORS | 1 |
| **28** (31) | | 04/27/2026 | Assessment 3 assessed at sum $3.50 AssessmentID 12736248 | |
| **29** (32) | | 04/27/2026 | Payment received:Receipt Number C 1502840 | |
| **30** (33) | | 04/27/2026 | STATEMENT OF CLAIM - CLEVELAND CLINIC - MAILED | 3 |
| **31** (34) | | 04/27/2026 | LETTER TO CLERK DATED 04/20/2026 FROM DCM SERVICES, LLC - RE: STATEMENT OF CLAIM | 2 |
| **32** (35) | | 05/04/2026 | NOTICE TO CREDITORS - PROOF OF PUBLICATION 4/24/26, 5/1/26 | 1 |
| **33** (36) | | 05/04/2026 | PROOF OF PUBLICATION, FIRST DATE OF PUBLICATION: ARPIL 24, 2026 - NOTICE TO CREDITORS | 1 |
| **34** (37) | | 05/07/2026 | OBJECTION TO THE STATEMENT OF CLAIM BY SARASOTA COUNTY HOSPITAL BOARD | 2 |
| **35** (38) | | 05/07/2026 | OBJECTION TO THE STATEMENT OF CLAIM BY CLEVELAND CLINIC | 2 |

Filings

**Filing Date**

03/30/2026

**Filing Type**

FORMAL ADMIN

**Claim Amount**

$0.00

**Cross Claim Amount**

$0.00

**Counter Claim Amount**

$0.00

**Judgment Amount**

$0.00

---

**Filing Date**

03/30/2026

**Filing Type**

NOTICE OF TRUST

**Claim Amount**

$0.00

**Cross Claim Amount**

$0.00

**Counter Claim Amount**

$0.00

**Judgment Amount**

$0.00

Receipts:

| Receipt Date | Receipt Number | Tender Amount | Voided Amount | Voided |
|---|---|---|---|---|
| 3/31/2026 | 1492348 | $400.00 | - | |
| 3/31/2026 | 1492352 | $41.00 | - | |
| 4/27/2026 | 1502840 | $3.50 | - | |
| Totals | 3 receipt(s) | $444.50 | $0.00 | |

Assessments:

| Account Group | Description | Originally Assessed | Paid | Dismissed | Due |
|---|---|---|---|---|---|
| FORMAL ADMIN - CP | FORMAL ADMINISTRATION | $400.00 | ($400.00) | - | - |
| NOTICE OF TRUST - CP | NOTICE OF TRUST | $41.00 | ($41.00) | - | - |
| PROVFY | FEE FOR VERIFYING AN INSTRUMENT PRESENTED F.S. 28. | $3.50 | ($3.50) | - | - |
| 3 Account Group(s) | | $444.50 | ($444.50) | $0.00 | $0.00 |

Bonds:

| Bond Type | Active Amount |
|---|---|
| 0 Bond(s) | $0.00 |

Registry:

$700,000.00