**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAN M. BLAYLOCK,<br><br>Plaintiff,<br><br>- against –<br><br>JIRI NOVAK, *et al.*,<br><br>Defendants. | Case No.: 1:23-CV-3606-TNM |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff Dan M. Blaylock's Motion to Substitute George Starke, as Personal Representative of the Estate of Petra Smeltzer Starke, Deceased, for Defendant Petra Smeltzer Starke, and the entire record herein, it is hereby:

**ORDERED**, that the Motion ought to be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that George Starke, as Personal Representative of the Estate of Petra Smeltzer Starke, Deceased, is substituted in place of Defendant Petra Smeltzer Starke; and it is

**FURTHER ORDERED** that the Clerk of Court shall amend the caption to reflect the substitution of George Starke, as Personal Representative of the Estate of Petra Smeltzer Starke, in place of Defendant Petra Smeltzer Starke.

**IT IS SO ORDERED**, this ____ day of ____________________ 2026.

______________________
Hon. Trevor N. McFadden
United States District Judge

**Copies to:**
Theodore B. Randles, Esq.
Jessie F. Beeber, Esq.
Sarika Andavolu, Esq.
William J. Briggs, Esq.