# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Columbia District of United States

Case Number: 1:23-CV-3606-TNM

Plaintiff: **DAN M. BLAYLOCK,**
vs.
Defendant: **PETRA SMELTZER STARKE AND JIRI NOVAK,**

For:
VENABLE LLP

Received by SCREEN INTERNATIONAL SECURITY SERVICES, LTD on the 3rd day of June, 2026 at 6:59 pm to be served on **George Starke, 5619 Title Row Dr., Bradenton, FL 34210**.

I, Michelle Toombs CPS #7004, do hereby affirm that on the **6th day of June, 2026** at **3:41 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUGGESTION OF DEATH UPON THE RECORD OFDEFENDANT PETRA SMELTZER STARKE, PLAINTIFF DAN M. BLAYLOCK'S MOTION TO SUBSTITUTE GEORGE LAWRENCE STARKE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PETRA SMELTZER STARKE, DECEASED, FOR DEFENDANT PETRA SMELTZER STARKE, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO SUBSTITUTE GEORGE LAWRENCE STARKE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PETRA SMELTZER STARKE, DECEASED, FOR DEFENDANT PETRA SMELTZER STARKE, DECLARATION OF JESSIE F. BEEBER AND EXHIBIT A** with the date and hour of service endorsed thereon by me, to: **George Starke** at the address of: **5619 Title Row Dr., Bradenton, FL 34210**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

**Additional Information pertaining to this Service:**
6/4/2026 7:04 am Arrived at location at 5619 Title Row Dr., Bradenton, FL 34210, no vehicles. During this duration, no activity was noted. Server did confirm at least one small dog was inside of the home. With no outdoor activity noted, server departed 12:45pm.
6/5/2026 4:42 pm Arrived at location at 5619 Title Row Dr., Bradenton, FL 34210. No vehicles.
6/5/2026 5:45 pm No activity at all at 5619 Title Row Dr., Bradenton, FL 34210.
6/5/2026 6:43 pm Still no activity from the residence at 5619 Title Row Dr., Bradenton, FL 34210.
6/5/2026 7:48 pm No activity at all from the residence. Departing location at 5619 Title Row Dr., Bradenton, FL 34210.
6/6/2026 1:31 pm Arrived at location at 5619 Title Row Dr., Bradenton, FL 34210, no vehicles.
6/6/2026 2:33 pm No activity from the residence at 5619 Title Row Dr., Bradenton, FL 34210.
6/6/2026 3:41 pm Subject exited his garage in his vehicle and was Individually served at 5619 Title Row Dr., Bradenton, FL 34210.

**Description** of Person Served: Age: 78, Sex: M, Race/Skin Color: NativeAmerican, Height: 6'5, Weight: 240, Hair: Black, Glasses: N

**RETURN OF SERVICE For 1:23-CV-3606-TNM**

I certify that I am over the age of 18, have no interest in the above action and served the documents in accordance with state statutes. I declare under penalty of perjury that this information is true and correct.

**Michelle Toombs CPS #7004**
C.P.S. #7004

**SCREEN INTERNATIONAL SECURITY SERVICES, LTD**
**9250 WEST OLYMPIC BLVD**
**BEVERLY HILLS, CA 90212**

Our Job Serial Number: ZAP-2026003000