**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DAN M. BLAYLOCK,

                    Plaintiff,

      - against -

JIRI NOVAK, *et al.*,

                    Defendants.

Case No.: 1:23-CV-3606-TNM

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

Plaintiff Dan M. Blaylock, by and through undersigned counsel, respectfully requests that the Clerk of Court enter the default of Defendant Jiri Novak pursuant to Federal Rule of Civil Procedure 55(a). In support of this request, Plaintiff states as follows.

On January 12, 2026, the Court granted Plaintiff leave to file the First Amended Complaint adding Jiri Novak as a defendant and directed the Clerk to issue a summons for Novak. On January 23, 2026, the Clerk issued a summons for Defendant Jiri Novak.

On April 27, 2026, the Court entered a Memorandum Order (ECF No. 93) granting Plaintiff's Motion for Alternative Service and authorizing Plaintiff to serve Defendant Novak by transmitting PDF copies of the summons, the First Amended Complaint and its exhibits, the Court's January 12, 2026 Memorandum Order (ECF No. 85), and the Court's April 27, 2026 Alternative Service Order (ECF No. 93) to the email address jiri.no@gmail.com, pursuant to Federal Rule of Civil Procedure 4(f)(3). The Court ordered that service would be deemed effective on the date of transmission.

On April 27, 2026, Plaintiff effected service on Defendant Novak by transmitting the required documents to jiri.no@gmail.com. No delivery failure or bounce-back message was received. A Declaration of Jessie F. Beeber Regarding Service on Defendant Jiri Novak was filed on April 28, 2026 (ECF No. 94).

Defendant Novak's responsive pleading was due no later than May 18, 2026 — twenty-one days after the April 27, 2026 service date. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). As of the date of this filing, Defendant Novak has not served or filed an answer, motion, or any other responsive pleading. Defendant Novak has not appeared in this action in any capacity.

Accordingly, Defendant Novak has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure, and his default should be entered by the Clerk pursuant to Rule 55(a).

A supporting Declaration of Jessie F. Beeber is attached hereto as Exhibit 1, establishing the foregoing facts.

Dated: New York, New York
      June 15, 2026

**VENABLE LLP**
*/s/ Jessie F. Beeber*

Jessie F. Beeber (admitted *pro hac vice)*
Sarika Andavolu (admitted *pro hac vice)*
Venable LLP
151 West 42nd Street, 49th Floor
New York, NY 10036
(212) 307-5500 Telephone
(212) 307-5598 Fax

Theodore B. Randles (D.C. Bar No. 156339)
Venable LLP
600 Massachusetts Avenue, N.W.
Washington, DC  20001
tbrandles@venable.com
(202) 344-4271 Telephone
(202) 344-8300 Fax

William J. Briggs II (admitted *pro hac vice)*

Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
(310) 229-9900 Telephone
(310) 229-9901 Fax

*Attorneys for Plaintiff Dan M. Blaylock*