**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DAN M. BLAYLOCK,

        Plaintiff,

  – against –

JIRI NOVAK, *et al.*,

        Defendants.

Case No.: 1:23-CV-3606-TNM

**DECLARATION OF JESSIE F. BEEBER**

JESSIE F. BEEBER, pursuant to 28 U.S.C. § 1746, declares:

1.      I am an attorney admitted pro hac vice to practice before this Court and am a Partner at Venable LLP ("Venable"). Venable represents Plaintiff Dan M. Blaylock ("Plaintiff" or "Mr. Blaylock") in the above-captioned action. I submit this declaration in support of Plaintiff's Request for Entry of Default against Defendant Jiri Novak ("Novak") pursuant to Federal Rule of Civil Procedure 55(a). I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify thereto.

2.      On January 12, 2026, the Court entered a Memorandum Order (ECF No. 85) granting Plaintiff's Motion to Amend the Complaint to add Jiri Novak as a defendant and directing the Clerk to issue a summons for Novak.

3.      On January 23, 2026, the Clerk issued a summons for Defendant Jiri Novak.

4.      On April 13, 2026, Plaintiff filed a Motion for Alternative Service on Defendant Jiri Novak pursuant to Federal Rule of Civil Procedure 4(f)(3), seeking authorization to serve Novak by email to jiri.no@gmail.com.   That motion was supported by a Memorandum of Points

and Authorities and a Declaration of William J. Briggs II detailing Plaintiff's extensive but unsuccessful efforts to locate a reliable physical address for Novak in the Czech Republic and in the United States.

5.     On April 27, 2026, the Court entered a Memorandum Order (ECF No. 93) granting Plaintiff's Motion for Alternative Service.   The Court authorized Plaintiff to serve Defendant Novak by transmitting PDF copies of the following documents to jiri.no@gmail.com: (a) the summons issued as to Jiri Novak (ECF No. 89); (b) the First Amended Complaint and its exhibits (ECF No. 86); (c) the Court's January 12, 2026 Memorandum Order (ECF No. 85); and (d) the Court's April 27, 2026 Memorandum Order (ECF No. 93).  The Court further ordered that "service shall be deemed effective on the date the email is transmitted."

6.     On April 27, 2026, at 2:23 p.m., I transmitted an email from my Venable email account to jiri.no@gmail.com with the subject line: "Service of Process – Blaylock v. Novak, No. 1:23-cv-03606 (D.D.C.)."  Attached to that email were PDF copies of all documents specified in the Court's April 27, 2026 Order.

7.     I did not receive any automated bounce-back message or other notice indicating that the email was not delivered.

8.     Pursuant to the Court's April 27, 2026 Order, service on Defendant Jiri Novak was deemed effective on April 27, 2026.

9.     On April 28, 2026, I filed a Declaration Regarding Service on Defendant Jiri Novak (ECF No. 94) establishing proof of service.

10.     Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant Novak's answer or other responsive pleading was due within twenty-one (21) days after service — i.e., by May 18, 2026.

11.    I have reviewed the docket in this action. As of the date of this declaration, Defendant Novak has not filed an answer, a motion to dismiss, or any other responsive pleading or motion. Defendant Novak has not entered an appearance in this action. No attorney has entered an appearance on Novak's behalf.

12.    Defendant Novak is not an infant, an incompetent person, or a member of the military services of the United States, as described in the Servicemembers Civil Relief Act, 50 U.S.C. § 3931. Upon information and belief, Defendant Novak is an adult individual who is a citizen of the Czech Republic.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 15, 2026
                New York, NY

/s/ *Jessie F. Beeber*

Jessie F. Beeber