UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAN M. BLAYLOCK,

Plaintiff,

v.

JIRI NOVAK, *et al.*,

Defendants.

Case No.: 1:23-CV-3606-TNM

## ORDER

Upon consideration of Plaintiff Dan M. Blaylock's Motion to Substitute George Starke, as Personal Representative of the Estate of Petra Smeltzer Starke, Deceased, for Defendant Petra Smeltzer Starke, and pursuant to Federal Rule of Civil Procedure 25(a)(1), it is hereby:

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that George Starke, as Personal Representative of the Estate of Petra Smeltzer Starke, Deceased, is substituted in place of Defendant Petra Smeltzer Starke; and it is further

**ORDERED** that the Clerk of Court shall amend the caption to reflect the substitution of George Starke, as Personal Representative of the Estate of Petra Smeltzer Starke, in place of Defendant Petra Smeltzer Starke.

DATED: June 15, 2026

Hon. Trevor N. McFadden
United States District Judge