**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAN M. BLAYLOCK,<br>Plaintiff,<br>- against -<br>JIRI NOVAK, et al.,<br>Defendants. | Case No.: 1:23-CV-3606-TNM |

**PLAINTIFF DAN M. BLAYLOCK'S**
**MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT JIRI NOVAK**

Plaintiff Dan M. Blaylock respectfully moves, pursuant to Federal Rule of Civil Procedure 55(b)(2), for entry of default judgment against Defendant Jiri Novak. The Clerk entered Novak's default on June 16, 2026, after Novak failed to plead or otherwise defend despite being duly served with the summons and Amended Complaint on April 27, 2026. Novak has not appeared, answered, moved, or otherwise defended this action. The grounds for this Motion are set forth in the accompanying Memorandum of Points and Authorities and Proposed Order. Pursuant to Local Civil Rule 7(m), Plaintiff states that Defendant Novak has not appeared in this action. There is therefore no party with whom Plaintiff can confer regarding the relief requested in this Motion.

Dated: July 13, 2026

Respectfully submitted,

*/s/ William J. Briggs II*

Jessie F. Beeber (admitted *pro hac vice)*
Sarika Andavolu (admitted *pro hac vice)*
Venable LLP
151 West 42nd Street, 49th Floor
New York, NY 10036
(212) 307-5500 Telephone
(212) 307-5598 Fax

Theodore B. Randles (D.C. Bar No. 156339)
Venable LLP
600 Massachusetts Avenue, N.W.
Washington, DC 20001
tbrandles@venable.com
(202) 344-4271 Telephone
(202) 344-8300 Fax

William J. Briggs II (admitted *pro hac vice)*
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
(310) 229-9900 Telephone
(310) 229-9901 Fax

*Attorneys for Plaintiff Dan M. Blaylock*