**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAN M. BLAYLOCK,<br><br>Plaintiff,<br><br>- against –<br><br>JIRI NOVAK, *et al.*,<br><br>Defendants. | Case No.: 1:23-CV-3606-TNM |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff Dan M. Blaylock's Motion for Default Judgment Against Defendant Jiri Novak, the accompanying Memorandum of Points and Authorities, the Clerk's Entry of Default, the Amended Complaint, the record in this action, and for good cause shown, it is hereby:

**ORDERED**, that the Motion ought to be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that, to the extent the Court's February 27, 2026 stay remains in effect, the stay is lifted for the limited purpose of entering and enforcing this Order and the default judgment against Defendant Jiri Novak; and it is

**FURTHER ORDERED** that default judgment is entered against Defendant Jiri Novak pursuant to Federal Rule of Civil Procedure 55(b)(2); and it is

**FURTHER ORDERED** Defendant Jiri Novak is liable to Plaintiff on the claims asserted against him in the Amended Complaint, specifically Plaintiff's claims for defamation, invasion of privacy: false light, invasion of privacy: public disclosure of private facts, intentional infliction of emotional distress, civil conspiracy, violation of the District of Columbia Uniform Civil Remedies

for Unauthorized Disclosure of Intimate Images Act of 2024, violation of the Violence Against Women Reauthorization Act, and declaratory and injunctive relief; and it is

**FURTHER ORDERED** that Defendant Jiri Novak, and all persons or entities acting in active concert or participation with him who receive actual notice of this Order, are permanently enjoined from operating, maintaining, publishing, republishing, updating, hosting, assisting in hosting, administering, controlling, financing, promoting, indexing, distributing, disseminating, or otherwise assisting in the operation or accessibility of the website described in paragraph 89 of the Amended Complaint (the "Website") and any successor, mirror, backup, redirected, or substantially similar website, webpage, URL, domain name, subdomain, social media page, cloud folder, account, or online location displaying the same or substantially similar content concerning Plaintiff Dan M. Blaylock; and it is

**FURTHER ORDERED** that Defendant Jiri Novak, and all persons or entities acting in active concert or participation with him who receive actual notice of this Order, shall immediately remove, disable, and cease display or disclosure of all intimate images or intimate visual depictions of Plaintiff, all private photographs or texts taken from Plaintiff's electronic devices or accounts, all photographs of Plaintiff's prescription medications or private medical information, all private electronic communications of Plaintiff, and all other private materials of Plaintiff displayed on the Website or any successor, mirror, backup, redirected, or substantially similar online location; and it is

**FURTHER ORDERED** that Defendant Jiri Novak, and all persons or entities acting in active concert or participation with him who receive actual notice of this Order, shall immediately cease display or disclosure of the Website content that the Amended Complaint identifies as false, defamatory, private, intimate, or unlawfully disclosed, including content accusing Plaintiff of rape,

sodomy, sexual assault, sexual predation, sexually transmitted infections, nonconsensual sexual conduct, or causing Defendant Petra Smeltzer Starke's cancer or hair loss; and it is

**FURTHER ORDERED** that, within forty-eight hours after service of this Order, Defendant Jiri Novak or any person or entity acting in active concert or participation with him shall transfer to Plaintiff or Plaintiff's designee all ownership, administrative access, account credentials, registrar access, DNS access, hosting access, content-management access, Cloudflare or other CDN access, security access, email or account recovery credentials, source files, backup files, database files, and other technical assets necessary to disable, remove, preserve, or transfer the Website, its URL, and its domain name; and it is

**FURTHER ORDERED** that Plaintiff may serve this Order, together with any sealed technical schedule identifying the Website, URL, domain name, account identifiers, nameservers, registrar, registry, DNS provider, hosting provider, CDN provider, IP address, email address, user account, or other implementation information, on Cloudflare, any domain registrar, registry, hosting provider, DNS provider, CDN provider, internet service provider, platform, account provider, payment provider, or other person or entity identified by Plaintiff as providing services used to operate, maintain, publish, distribute, resolve, cache, host, store, administer, or control the Website; and it is

**FURTHER ORDERED** that that any provider served with this Order that is in active concert or participation with Defendant Jiri Novak, or that otherwise has notice of this Order and is capable of disabling or transferring services used by Defendant Jiri Novak to maintain the Website, shall take all reasonable steps within its possession, custody, or control to disable public access to the Website, disable DNS resolution, disable hosting, disable CDN or caching services,

disable account access, transfer account or domain control to Plaintiff or Plaintiff's designee, or otherwise implement this Order; and it is

**FURTHER ORDERED** that any person or entity served with this Order shall preserve all documents, communications, account records, subscriber information, access logs, IP logs, payment records, domain records, DNS records, hosting records, Cloudflare or CDN records, source files, backup files, content-management records, and other information relating to the Website, the URL, the domain name, the Website user account, Defendant Jiri Novak, the email address jiri.no@gmail.com, and any person who created, administered, accessed, hosted, updated, paid for, registered, transferred, or maintained the Website; and it is

**FURTHER ORDERED** that Plaintiff may file under seal a technical schedule identifying the Website, URL, domain name, account identifiers, nameservers, registrar, registry, DNS provider, hosting provider, CDN provider, IP address, email address, user account, or other information necessary to implement this Order, and any such sealed schedule shall be treated as incorporated into this Order for enforcement purposes; and it is

**FURTHER ORDERED** that Defendant Jiri Novak or any persons or entities acting in active concert or participation with him shall not register, purchase, create, maintain, operate, publish, assist in publishing, or cause to be registered, purchased, created, maintained, operated, or published any new domain name, URL, website, webpage, social media page, cloud folder, file-sharing link, or other online location for the purpose of displaying, distributing, republishing, or linking to the content enjoined by this Order; and it is

**FURTHER ORDERED** that Defendant Jiri Novak shall not encourage, request, direct, assist, or conspire with any person or entity to display, disclose, host, maintain, publish, republish,

distribute, transfer, mirror, cache, index, link to, or otherwise disseminate the content enjoined by this Order; and it is

**FURTHER ORDERED** that Plaintiff's request for damages, attorneys' fees, costs, punitive damages, statutory damages, liquidated damages, disgorgement, and any additional monetary relief against Defendant Jiri Novak is reserved pending further order of the Court; and it is

**FURTHER ORDERED** that Plaintiff may apply for further relief, including contempt relief, supplemental injunctive relief, provider-specific implementation relief, discovery in aid of enforcement, damages, attorneys' fees, costs, and other relief, if Defendant Jiri Novak or any person or entity acting in active concert or participation with him fails to comply with this Order; and it is

**FURTHER ORDERED** that this Court retains jurisdiction to enforce this Order.

**IT IS SO ORDERED**, this ____ day of _____________________ 2026.

_____________________
Hon. Trevor N. McFadden
United States District Judge