**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAN M. BLAYLOCK,<br><br>Plaintiff,<br><br>- against -<br><br>GEORGE STARKE, as Personal Representative of the Estate of Petra Smeltzer Starke, Deceased, and JIRI NOVAK,<br><br>Defendants. | Case No.: 1:23-CV-3606-TNM |

**NOTICE REGARDING STATUS OF DEFENDANT ESTATE'S APPEARANCE AND REQUEST TO SET A DEADLINE FOR ENTRY OF APPEARANCE**

Plaintiff Dan M. Blaylock ("Plaintiff" or "Mr. Blaylock"), by and through undersigned counsel, respectfully submits this Notice to apprise the Court of the status of the appearance of the Estate of Petra Smeltzer Starke (the "Estate") in this action, to advise the Court of a further extension request that George Starke has attempted to submit outside the Court's electronic filing system, and to request that the Court set a deadline by which counsel must enter an appearance on behalf of the Estate. In support of this Notice, Plaintiff states as follows:

1. On June 15, 2026, the Court granted Plaintiff's motion to substitute George Starke, as Personal Representative of the Estate, in place of Defendant Petra Smeltzer Starke. (Dkt. 99).

2. On June 20, 2026, Mr. Starke emailed the undersigned, copying the Court, requesting an extension to July 15, 2026 for counsel to enter an appearance on behalf of the Estate, and a corresponding stay of proceedings as to the Estate. On June 21, 2026, Plaintiff's counsel responded by email, also copying the Court, and consented to Mr. Starke's request.

3. No motion, stipulation, or other filing memorializing this extension was ever entered on the docket, and no counsel has entered an appearance on behalf of the Estate. The July 15, 2026 date referenced in Mr. Starke's email has since passed.

4. On July 27, 2026, Mr. Starke emailed the Court's pro se intake mailbox, copying the undersigned, attaching a document styled as a further motion for extension of time seeking to extend the deadline for the Estate to retain counsel to August 15, 2026. That document was submitted as an unsigned Word file rather than a signed PDF, and Plaintiff understands that submissions in that format are not accepted for docketing by the Clerk's Office. Plaintiff brings this submission to the Court's attention for the sake of completeness and takes no position on whether it should be docketed or otherwise considered absent compliance with the Court's filing requirements.

5. Plaintiff has prepared a motion for summary judgment or, in the alternative, a motion to dismiss for lack of prosecution, addressing the counterclaims asserted against him and is prepared to file that motion promptly. Given the Estate's continued unrepresented status and the procedural uncertainty created by Mr. Starke's informal correspondence with the Court, however, Plaintiff respectfully submits that it would promote the efficient resolution of this action for the Court to first set a firm deadline for counsel to enter an appearance on behalf of the Estate before dispositive motion practice proceeds.

6. **WHEREFORE**, Plaintiff respectfully requests that the Court set a date certain by which counsel must enter an appearance on behalf of the Estate of Petra Smeltzer Starke, and otherwise advise the parties how the Court wishes Plaintiff to proceed with its anticipated motion for summary judgment on the Estate's counterclaims.

Date: August 3, 2026

*/s/ William J. Briggs II*________

Jessie F. Beeber (admitted *pro hac vice)*
Sarika Andavolu (admitted *pro hac vice*)
Venable LLP
151 West 42nd Street, 49th Floor
New York, NY 10036
(212) 307-5500 Telephone
(212) 307-5598 Fax

Theodore B. Randles (D.C. Bar No. 156339)
Venable LLP
600 Massachusetts Avenue, N.W.
Washington, DC 20001
tbrandles@venable.com
(202) 344-4271 Telephone
(202) 344-8300 Fax

William J. Briggs II (admitted *pro hac vice)*
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
(310) 229-9900 Telephone
(310) 229-9901 Fax

*Attorneys for Plaintiff Dan M. Blaylock*