Docusign Envelope ID: EF449A88-BC61-8783-806F-26B4B536F474

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

DAN M. BLAYLOCK,

Plaintiff,

RECEIVED
MAILROOM
JUL 29 2026
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

-against-

GEORGE STARKE, as Personal Representative of the Estate of Petra Smeltzer Starke, substituted for Defendant PETRA SMELTZER STARKE, JIRI NOVAK, and JOHN DOES 1 through 5,

Defendants.

**Case No. 1:23-cv-03606-TNM**

**MOTION FOR EXTENSION OF TIME FOR THE ESTATE OF PETRA SMELTZER STARKE TO RETAIN COUNSEL AND FOR A LIMITED STAY**

George Starke, spouse of the late Petra Smeltzer Starke and duly appointed Personal Representative of the Estate of Petra Smeltzer Starke (the "Estate"), substituted as a party defendant in this action, respectfully submits this motion, without the assistance of counsel, for the limited purpose of requesting additional time within which counsel may enter an appearance on behalf of the Estate, and for a corresponding stay of proceedings as to the Estate. In support of this motion, Mr. Starke states as follows:

Docusign Envelope ID: EF449A88-BC61-8783-806F-26B4B536F474

1. Plaintiff Dan M. Blaylock commenced this action against Petra Smeltzer Starke on December 4, 2023. On January 12, 2026, the Court granted Plaintiff leave to file a First Amended Complaint, which added Jiri Novak as an additional defendant.

2. On or about May 2026, Plaintiff Dan M. Blaylock moved this Court, pursuant to Federal Rule of Civil Procedure 25(a), to substitute George Starke, in his capacity as Personal Representative of the Estate, as the defendant in the place of the late Petra Smeltzer Starke (Dkt. 95). Mr. Starke was served with that motion on or about June 6, 2026.

3. On June 15, 2026, the Court granted Plaintiff's motion, ordering that George Starke, as Personal Representative of the Estate of Petra Smeltzer Starke, is substituted in place of Defendant Petra Smeltzer Starke (Dkt. 99). The Estate of Petra Smeltzer Starke, by and through George Starke as Personal Representative, is now the substituted defendant in this action.

4. Mr. Starke intends for the Estate to defend against the claims asserted against it and to pursue the counterclaims previously filed by Ms. Starke, now maintained on behalf of the Estate.

5. Mr. Starke has been diligently attempting to retain counsel to represent the Estate in this matter. That process has taken longer than anticipated because of estate administration matters requiring his attention, and because counsel must first be admitted to the bar of this Court, or obtain leave to appear pro hac vice, before an appearance can be entered.

6. On June 20, 2026, Mr. Starke wrote to the Court by email requesting an extension of time to July 15, 2026 for counsel to enter an appearance on behalf of the Estate, and a corresponding stay as to the Estate. Mr. Starke has since been advised that correspondence directed to chambers is not a substitute for a properly filed motion, and this motion is filed to correct that deficiency and to renew that request in the proper form.

Docusign Envelope ID: EF449A88-BC61-8783-806F-26B4B536F474

7. Mr. Starke further requests that, given the time that has elapsed since his original request, the Court extend the deadline for counsel to enter an appearance on behalf of the Estate to and including August 15, 2026, and that the case be stayed as to the Estate until such an appearance is entered or until further order of the Court.

8. Granting this limited extension will not prejudice any party. No answer, motion, or other substantive filing is due from the Estate during the requested extension, and Plaintiff's claims against the Estate, and the Estate's counterclaims, will be preserved in their current posture.

9. On June 20, 2026, Mr. Starke emailed the Court and counsel for Plaintiff, William J. Briggs, II, Esq., seeking Plaintiff's position on the relief requested herein. As of the date of this filing, no response to that email has been received from counsel for Plaintiff.

WHEREFORE, George Starke, as Personal Representative of the Estate of Petra Smeltzer Starke, respectfully requests that this Court:

A. Extend the deadline for counsel to enter an appearance on behalf of the Estate to and including August 15, 2026;

B. Stay this action as to the Estate until such an appearance is entered or until further order of the Court; and

C. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

DocuSigned by:
B47DF7FFBBE5425... 7/27/2026

George Starke

Docusign Envelope ID: EF449A88-BC61-8783-806F-26B4B536F474

Personal Representative of the

Estate of Petra Smeltzer Starke

5619 Title Row Dr.

Bradenton, FL 34210

(202) 746-3010

georgestarke74@gmail.com

Dated: July 27, 2026

**CERTIFICATE OF SERVICE**

I certify that on this 27th day of July, 2026, a copy of the foregoing Motion was served by electronic mail upon:

William J. Briggs, II, Esq.

Venable LLP

600 Massachusetts Avenue, N.W.

Washington, DC 20001

WJBriggs@Venable.com

DocuSigned by:

B47DE7EEBBE5425 7/27/2026

George Starke