**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DAN M. BLAYLOCK**,<br><br>Plaintiff,<br><br>v.<br><br>**GEORGE STARKE**, as Personal Representative of the Estate of Petra Smeltzer Starke, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-3606 (TNM) |

## MEMORANDUM ORDER

On June 15, 2026, this Court substituted George Starke for deceased Defendant and Counter-Claimant Petra Smeltzer Starke under Federal Rule of Civil Procedure 25(a)(1). Order, ECF No. 99. A few days later, Mr. Starke emailed Plaintiff Dan Blaylock's counsel, "copying the Court, requesting an extension to July 15, 2026 for counsel to enter an appearance on behalf of the Estate." Notice, ECF No. 103, at 1. Plaintiff's counsel "consented to Mr. Starke's request." *Id.* Toward the end of July, Starke filed a motion requesting another extension for counsel to enter an appearance, this time until August 15, 2026. Mot., ECF No. 104, at 3. The Court granted that extension, warning Starke that "[f]ailure to enter an appearance may result in a default judgment against the Estate and/or dismissal of the Estate's counter-claims for failure to prosecute." Min. Order Aug. 3, 2026.

The Court's extended deadline has now passed, and Starke still has not entered an appearance on behalf of the Estate. As forewarned, the Court thus dismisses the Estate's counter-claims for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

For these reasons, it is hereby

**ORDERED** that the Estate of Petra Smeltzer Starke's Counter-Claims at ECF Nos. 26 and 31 are **DISMISSED** without prejudice.

**SO ORDERED.**

2026.08.26
14:17:16 -04'00'

Dated: August 26, 2026

TREVOR N. McFADDEN, U.S.D.J.