**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**DAN M. BLAYLOCK,**

Plaintiff,

v.

**GEORGE STARKE**, as Personal Representative of the Estate of Petra Smeltzer Starke, *et al.*,

Defendants.

Case No. 1:23-cv-3606 (TNM)

## ORDER TO SHOW CAUSE

The Court previously ordered substituted Defendant George Starke to enter an appearance for the Estate of Petra Smeltzer Starke by August 15, 2026. Min. Order Aug. 3, 2026. It cautioned that "[f]ailure to enter an appearance may result in a default judgment against the Estate and/or dismissal of the Estate's counter-claims for failure to prosecute." *Id.*

Starke has not entered an appearance by the Court's deadline. At the same time, Plaintiff Dan Blaylock has not filed a motion for entry of default against Starke under Federal Rule of Civil Procedure 55(a).

Accordingly, it is hereby

**ORDERED** that Plaintiff Blaylock must **SHOW CAUSE** no later than September 9, 2026, why his claims against Starke should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). Plaintiff may satisfy this order by filing for entry of default against Starke. Failure to do so may lead to dismissal of this case.

**SO ORDERED.**

2026.08.26
14:20:41 -04'00'

Dated: August 26, 2026

TREVOR N. McFADDEN, U.S.D.J.