**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DAN M. BLAYLOCK,

Plaintiff,

- against -

GEORGE STARKE, as Personal Representative of the Estate of Petra Smeltzer Starke, et al.,

Defendants.

Case No.: 1:23-CV-3606-TNM

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

Plaintiff Dan M. Blaylock, by and through undersigned counsel, respectfully requests that the Clerk of Court enter the default of Defendant George Starke, as Personal Representative of the Estate of Petra Smeltzer Starke (the "Estate"), pursuant to Federal Rule of Civil Procedure 55(a). In support of this request, Plaintiff states as follows.

On June 15, 2026, the Court entered an Order (ECF No. 99) granting Plaintiff's Motion to Substitute George Starke, as Personal Representative of the Estate of Petra Smeltzer Starke, Deceased, for Defendant Petra Smeltzer Starke, pursuant to Federal Rule of Civil Procedure 25(a)(1). Mr. Starke was personally served with the Motion to Substitute on June 6, 2026. *See* Return of Service (ECF No. 97).

Shortly after the substitution order, Mr. Starke requested an extension of the time for the Estate to enter an appearance, to July 15, 2026, and that extension was granted. The Court then granted a further extension to August 15, 2026 for the Estate to enter an appearance. *See* Minute Order dated August 3, 2026. The Court's August 3, 2026 Minute Order warned that "[f]ailure to

enter an appearance may result in a default judgment against the Estate and/or dismissal of the Estate's counter-claims for failure to prosecute."

On August 26, 2026, the Court entered a Memorandum Order (ECF No. 106) stating that the August 15, 2026 date had passed, and dismissing the Estate's counterclaims against Plaintiff for failure to prosecute. On August 26, 2026, the Court also entered an Order to Show Cause (ECF No. 107), ordering Plaintiff to show cause no later than September 9, 2026 as to "why his claims against Starke should not be dismissed for failure to prosecute," and stating that Plaintiff "may satisfy this order by filing for entry of default against Starke."

As of the date of this filing, no one has appeared in this action in any capacity on behalf of the Estate. Accordingly, Defendant George Starke, as Personal Representative of the Estate of Petra Smeltzer Starke, has failed to plead or otherwise defend against the claims alleged by Plaintiff against Petra Smeltzer Starke in the Amended Complaint filed on January 12, 2026 (ECF No. 86) as required by the Federal Rules of Civil Procedure, and a default against Defendant George Starke, as Personal Representative of the Estate of Petra Smeltzer Starke should be entered by the Clerk pursuant to Rule 55(a).

A supporting Declaration of Jessie F. Beeber is attached hereto as Exhibit 1, establishing the foregoing facts.

Dated: August 27, 2026

**VENABLE LLP**
/s/ Jessie F. Beeber

Jessie F. Beeber (admitted *pro hac vice)*
Sarika Andavolu (admitted *pro hac vice)*
Venable LLP
151 West 42nd Street, 49th Floor
New York, NY 10036
(212) 307-5500 Telephone
(212) 307-5598 Fax

Theodore B. Randles (D.C. Bar No. 156339)

Venable LLP
600 Massachusetts Avenue, N.W.
Washington, DC 20001
tbrandles@venable.com
(202) 344-4271 Telephone
(202) 344-8300 Fax

William J. Briggs II (admitted *pro hac vice)*
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
(310) 229-9900 Telephone
(310) 229-9901 Fax

*Attorneys for Plaintiff Dan M. Blaylock*