# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAN M. BLAYLOCK,<br><br>Plaintiff,<br><br>– against –<br><br>GEORGE STARKE, as Personal Representative of the Estate of Petra Smeltzer Starke, et al.,<br><br>Defendants. | Case No.: 1:23-CV-3606-TNM |

**DECLARATION OF JESSIE F. BEEBER**

JESSIE F. BEEBER, pursuant to 28 U.S.C. § 1746, declares:

1. I am an attorney admitted pro hac vice to practice before this Court and am a Partner at Venable LLP ("Venable"). Venable represents Plaintiff Dan M. Blaylock ("Plaintiff" or "Mr. Blaylock") in the above-captioned action. I submit this declaration in support of Plaintiff's Request for Entry of Default against Defendant George Starke, as Personal Representative of the Estate of Petra Smeltzer Starke ("Defendant Starke" or the "Estate"), pursuant to Federal Rule of Civil Procedure 55(a). I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify thereto.

2. Petra Smeltzer Starke was an original defendant in this action. Ms. Starke passed away on February 6, 2026. On February 23, 2026, Plaintiff filed a Suggestion of Death as to Defendant Petra Smeltzer Starke (ECF No. 90).

3. On May 12, 2026, Plaintiff filed a Motion to Substitute George Starke, as Personal Representative of the Estate of Petra Smeltzer Starke, Deceased, for Defendant Petra Smeltzer Starke (ECF No. 95), pursuant to Federal Rule of Civil Procedure 25(a).

4. On June 6, 2026, George Starke was personally served with the Motion to Substitute and related papers at his residence at 5619 Title Row Drive, Bradenton, Florida 34210. *See* Return of Service (ECF No. 97).

5. On June 15, 2026, the Court entered an Order (ECF No. 99) granting Plaintiff's Motion to Substitute, ordering that George Starke, as Personal Representative of the Estate of Petra Smeltzer Starke, Deceased, is substituted in place of Defendant Petra Smeltzer Starke.

6. Shortly after the substitution order, Mr. Starke requested an extension of time for the Estate to enter an appearance, to July 15, 2026. Plaintiff's counsel consented to that request, and the extension was granted. *See* Notice (ECF No. 103).

7. On July 27, 2026, Mr. Starke filed a Motion for Extension of Time for the Estate to Retain Counsel and for a Limited Stay (ECF No. 104), requesting a further extension until August 15, 2026 for the Estate to enter an appearance.

8. On August 3, 2026, the Court entered a Minute Order granting Mr. Starke's motion and extending the deadline for the Estate to enter an appearance to August 15, 2026. The Court's Minute Order warned that "[f]ailure to enter an appearance may result in a default judgment against the Estate and/or dismissal of the Estate's counter-claims for failure to prosecute."

9. On August 26, 2026, the Court entered a Memorandum Order (ECF No. 106) stating that the August 15, 2026 deadline had passed and dismissing the Estate's counterclaims against Plaintiff for failure to prosecute.

10. On August 26, 2026, the Court also entered an Order to Show Cause (ECF No. 107), ordering Plaintiff to show cause no later than September 9, 2026 as to "why his claims against Starke should not be dismissed for failure to prosecute," and stating that Plaintiff "may satisfy this order by filing for entry of default against Starke."

11. I have reviewed the docket in this action. As of the date of this declaration, no one has appeared in this action in any capacity on behalf of the Estate.

12. Upon information and belief, George Starke is not an infant, an incompetent person, or a member of the military services of the United States, as described in the Servicemembers Civil Relief Act, 50 U.S.C. § 3931. Upon information and belief, George Starke is an adult individual who resides at 5619 Title Row Drive, Bradenton, Florida 34210.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 27, 2026
New York, NY

/s/ *Jessie F. Beeber*

Jessie F. Beeber