**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DAN M. BLAYLOCK,
Plaintiff,
v.
GEORGE STARKE, as Personal Representative of the Estate of Petra Smeltzer Starke, substituted for Defendant PETRA SMELTZER STARKE, JIRI NOVAK, and JOHN DOES 1 through 5,
Defendants.

**Case No. 1:23-cv-03606-TNM**

**MOTION FOR A FURTHER EXTENSION OF TIME FOR COUNSEL TO ENTER AN APPEARANCE ON BEHALF OF THE ESTATE OF PETRA SMELTZER STARKE AND FOR CONTINUATION OF THE LIMITED STAY**

George Starke, spouse of the late Petra Smeltzer Starke and duly appointed Personal Representative of the Estate of Petra Smeltzer Starke (the Estate), substituted as a party defendant in this action, respectfully submits this motion for a further short extension of the deadline for counsel to enter an appearance on behalf of the Estate, and for continuation of the limited stay as to the Estate. In support of this motion, Mr. Starke states as follows:

1. By minute order entered August 3, 2026, upon consideration of the [103] Notice, the Court ordered that counsel for the Estate shall enter an appearance no later than August 15, 2026, and advised that failure to enter an appearance may result in a default judgment against the Estate and dismissal of the Estate's counterclaims for failure to prosecute. By further minute order entered later that day, the Court granted the [104] Motion for Extension, directed that counsel for the Estate enter an appearance no later than August 15, 2026, and stayed the case as to the Estate until then.

2. Mr. Starke has now retained counsel for the Estate. On August 4, 2026, the Estate engaged Reginald J.C. Fugett, Esq. of Fugett & Fugett LLC, 221 West Hill Street, Baltimore, Maryland 21230, to represent Mr. Starke in his capacity as Personal Representative in this

RECEIVED
AUG 17 2026
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

Docusign Envelope ID: 18C405AC-BE79-8298-8072-DF87A0DB51B1

action, to defend against the claims asserted against the Estate, and to pursue the Estate's counterclaims.

3. Mr. Fugett is an active member in good standing of the Maryland bar and maintains his principal law office in Baltimore, Maryland. He is eligible for admission to the bar of this Court under Local Civil Rule 83.8(a)(2). His petition for admission has been submitted to this Court through PACER, together with the required certificate of good standing and sponsor's declaration, for the admission ceremony scheduled for September 14, 2026. Mr. Fugett will enter his appearance on behalf of the Estate promptly upon his admission.

4. Because admission to the bar of this Court takes effect at the ceremony, counsel cannot enter an appearance by August 15, 2026. Mr. Starke therefore respectfully requests that the Court extend the deadline for counsel to enter an appearance to and including September 18, 2026, and continue the stay as to the Estate until an appearance is entered or until further order of the Court.

5. This short, date certain extension will not prejudice any party. No answer, motion, or other substantive filing is due from the Estate during the requested extension, and Plaintiff's claims against the Estate and the Estate's counterclaims will be preserved in their current posture. This is the first request for an extension since counsel was retained, and the requested date is tied directly to the Court's own admission calendar.

6. This motion is timely. The deadline set by the Court's minute orders, August 15, 2026, fell on a Saturday. Under Federal Rule of Civil Procedure 6(a)(1)(C), the period therefore continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday, which is Monday, August 17, 2026. This motion is filed on that date and accordingly before the

expiration of the period, so the good cause standard of Federal Rule of Civil Procedure 6(b)(1)(A) applies.

7. In the interest of candor to the Court, Mr. Starke discloses that this motion was prepared with the assistance of retained counsel, Mr. Fugett, who is not yet admitted to the bar of this Court and therefore cannot sign or file it.

8. Pursuant to Local Civil Rule 7(m), the relief requested was raised with counsel for Plaintiff before filing. On August 14, 2026, Mr. Fugett emailed William J. Briggs, II, Esq., lead counsel for Plaintiff, requesting consent to the relief requested herein, and thereafter emailed the full Venable LLP team of record, including Jessie Beeber, Esq., Theodore Benson Randles, Esq., and Sarika Andavolu, Esq. At 1:46 p.m. on August 14, 2026, Mr. Fugett telephoned Mr. Randles at the number provided in Mr. Randles' automatic email reply for time sensitive matters and left a detailed message describing the request. As of the filing of this motion, no response has been received. Mr. Starke is therefore unable to state Plaintiff's position, and this motion is filed as unopposed to the best of Mr. Starke's knowledge, without stated consent.

WHEREFORE, George Starke, as Personal Representative of the Estate of Petra Smeltzer Starke, respectfully requests that this Court:

A. Extend the deadline for counsel to enter an appearance on behalf of the Estate to and including September 18, 2026;

B. Continue the stay of this action as to the Estate until such an appearance is entered or until further order of the Court; and

C. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Signed by:
George L. Starke
B47DF7FFBBE6425...

George Starke
Personal Representative of the
Estate of Petra Smeltzer Starke
5619 Title Row Dr.
Bradenton, FL 34210
(202) 746-3010
georgestarke74@gmail.com

Dated: August 17, 2026

Docusign Envelope ID: 18C405AC-BE79-8298-8072-DF87A0DB51B1

**CERTIFICATE OF SERVICE**

I certify that on this 17th day of August, 2026, a copy of the foregoing Motion and the accompanying proposed Order were served by electronic mail upon counsel for Plaintiff:

William J. Briggs, II, Esq. (WJBriggs@Venable.com)
Jessie Beeber, Esq. (jbeeber@venable.com)
Theodore Benson Randles, Esq. (tbrandles@venable.com)
Sarika Andavolu, Esq. (sandavolu@venable.com)
Venable LLP
600 Massachusetts Avenue, N.W.
Washington, DC 20001

Signed by:
George L. Starke
B47DF7FFBBE5425...
George Starke