docusign

## Certificate Of Completion

Envelope Id: 18C405AC-BE79-8298-8072-DF87A0DB51B1

Status: Completed

Subject: Complete with Docusign: Motion_Further_Extension_Starke_FILE_AUG17 (2).docx

Source Envelope:

| | | |
|---|---|---|
| Document Pages: 5 | Signatures: 2 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Reginald Fugett |
| AutoNav: Enabled | | fugettrj@gmail.com |
| EnvelopeId Stamping: Enabled | | IP Address: 69.138.248.25 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>8/16/2026 4:30:25 PM | Holder: Reginald Fugett<br>fugettrj@gmail.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| George L. Starke<br>georgestarke74@gmail.com<br>Security Level: Email, Account Authentication (None) | <br>Signature Adoption: Pre-selected Style<br>Using IP Address: 2603:9000:a405:60c9:948b:2c43:b658:8fa<br>Signed using mobile | Sent: 8/16/2026 4:33:25 PM<br>Viewed: 8/16/2026 4:45:23 PM<br>Signed: 8/16/2026 4:49:44 PM |



**Electronic Record and Signature Disclosure:**
Not Offered via Docusign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 8/16/2026 4:33:25 PM |
| Certified Delivered | Security Checked | 8/16/2026 4:45:23 PM |
| Signing Complete | Security Checked | 8/16/2026 4:49:44 PM |
| Completed | Security Checked | 8/16/2026 4:49:44 PM |

| Payment Events | Status | Timestamps |
|---|---|---|