**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DAN M. BLAYLOCK,
Plaintiff,
v.
GEORGE STARKE, as Personal Representative of the Estate of Petra Smeltzer Starke, substituted for Defendant PETRA SMELTZER STARKE, JIRI NOVAK, and JOHN DOES 1 through 5,
Defendants.

**Case No. 1:23-cv-03606-TNM**

**[PROPOSED] ORDER**

Upon consideration of the Motion for a Further Extension of Time for Counsel to Enter an Appearance on Behalf of the Estate of Petra Smeltzer Starke and for Continuation of the Limited Stay, and the entire record herein, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that counsel for the Estate of Petra Smeltzer Starke shall enter an appearance no later than September 18, 2026; and it is further

ORDERED that this action remains stayed as to the Estate of Petra Smeltzer Starke until such an appearance is entered or until further order of the Court.

SO ORDERED.

Dated: _______________, 2026

______________________________
TREVOR N. McFADDEN
United States District Judge

Names and addresses of persons entitled to be notified of entry of this Order:

George Starke
Personal Representative of the Estate of Petra Smeltzer Starke
Defendant, pro se
5619 Title Row Dr.

Bradenton, FL 34210
(202) 746-3010

William J. Briggs, II, Esq.
Jessie Beeber, Esq.
Theodore Benson Randles, Esq.
Sarika Andavolu, Esq.
Venable LLP
600 Massachusetts Avenue, N.W.
Washington, DC 20001
Counsel for Plaintiff Dan M. Blaylock