Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

DAN M. BLAYLOCK

Plaintiff(s)

v.

Civil Action: 1:23-cv-03606-TNM

PETRA SMELTZER STARKE et al

Defendant(s)

**RE:** GEORGE STARKE

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served pursuant to order filed on 8/26/2026, and an affidavit on behalf of the plaintiff having been filed, it is this 28th day of August, 2026 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ Michele M. Grady
Deputy Clerk