**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DAN M. BLAYLOCK,

Plaintiff,

- against -

GEORGE STARKE, *as Personal Representative of the Estate of Petra Smeltzer Starke*, et al.

Defendants.

Case No.: 1:23-CV-3606-TNM

**DECLARATION OF DAN M. BLAYLOCK IN SUPPORT OF**
**MOTION FOR DEFAULT JUDGMENT**

I, Dan M. Blaylock, declare as follows:

1. I am the Plaintiff in the above-captioned action. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of my Motion for Default Judgment against Defendant George Starke, as Personal Representative of the Estate of Petra Smeltzer Starke, Deceased.

3. I am a widower and retired businessman. I first met Petra Smeltzer Starke at a yoga class in Washington, D.C. in approximately 2010. We reconnected in 2018 and began a non-exclusive romantic relationship. Starke told me that her husband, former NFL player George Starke, knew about and consented to our relationship. Over the following four years, I provided significant financial and emotional support to Starke, including giving her money to purchase a house, paying for her medical treatment during her battle with rectal cancer, caring for her during her recovery, mentoring her son, and allowing both of them to stay at my home in Washington, D.C. I ended the relationship in June 2022.

4. After I ended the relationship, Starke and her associates embarked on a campaign to defame me and damage my reputation. In or around late 2023, I discovered that Starke had created and disseminated a video interview containing false and defamatory statements about me, including false accusations that I had sexually assaulted her—allegations that are entirely untrue and directly contradicted by thousands of affectionate text messages and emails exchanged between us before and after the times of the alleged incidents. Starke distributed this video and related materials to my family members and close friends, causing me profound embarrassment and humiliation.

5. In or around December 2023, Starke and her associate, Jiri Novak, created a public website targeting me. The website contains defamatory content, including false statements accusing me of criminal conduct and characterizing me with derogatory labels. The website also displays intimate images of me—photographs depicting my unclothed body—that were published without my consent. The website additionally displays photographs of my prescription medications and other private information that I believe Starke obtained by accessing my personal electronic devices without authorization.

6. The publication of the intimate images and defamatory statements has caused me severe and ongoing harm. My most private moments have been exposed to the public without my consent. The false accusations of sexual assault have damaged my reputation in my community and among my friends and family. The website remains live to this day, continuing to cause me harm every day that it remains accessible on the internet.

7. As a result of the Estate's conduct, I have suffered substantial damages, including:

(a) Severe emotional distress from the publication of false accusations of sexual assault, rape, and other criminal conduct;

(b) Humiliation and emotional harm from the unauthorized disclosure of intimate images;

(c) Damage to my personal and professional reputation;

(d) Strain on my relationships with family members and friends who were targeted with the defamatory materials; and

(e) Costs incurred in attempting to mitigate the harm, including efforts to remove the defamatory content from the internet.

8. Based on the foregoing, I believe that an award of $200,000 in total damages represents a reasonable and conservative estimate of the harm I have suffered as a result of the Estate's conduct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Sept 24, 2026.

Dan M Blaylock

Dan M. Blaylock