**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAN M. BLAYLOCK,<br><br>Plaintiff,<br><br>- against -<br><br>GEORGE STARKE, *as Personal Representative of the Estate of Petra Smeltzer Starke*, et al.<br><br>Defendants. | Case No.: 1:23-CV-3606-TNM |

## [PROPOSED] DEFAULT JUDGMENT ORDER

This matter having come before the Court on Plaintiff Dan M. Blaylock's Motion for Default Judgment Against George Starke, as Personal Representative of the Estate of Petra Smeltzer Starke, Deceased (ECF No. 112), and the Clerk having entered default against the Estate pursuant to Federal Rule of Civil Procedure 55(a) (ECF No. 111), and the Court having reviewed the Motion, the supporting papers, and the record in this case, and good cause appearing, it is hereby:

**ORDERED** that Plaintiff's Motion for Default Judgment is GRANTED; it is further

**ORDERED** that default judgment is entered against Defendant George Starke, as Personal Representative of the Estate of Petra Smeltzer Starke, Deceased, on all counts of the First Amended Complaint (ECF No. 86); it is further

**ORDERED** that Defendant George Starke, as Personal Representative of the Estate of Petra Smeltzer Starke, Deceased, and all persons and entities acting in concert or participation with him, are permanently enjoined from:

(a) Publishing, disseminating, or disclosing the defamatory statements concerning Plaintiff Dan M. Blaylock as alleged in the Amended Complaint (ECF No. 86);

(b) Publishing, disseminating, or disclosing any intimate images of Plaintiff Dan M. Blaylock without authorization; and

(c) Accessing, using, or interfering with Plaintiff's electronic devices, accounts, or stored communications without authorization; it is further

**ORDERED** that Defendant George Starke, as Personal Representative of the Estate of Petra Smeltzer Starke, Deceased, shall, within thirty (30) days of entry of this Order:

(a) Take down and remove from the internet the website described in paragraph 89 of the Amended Complaint (the "Website") and any successor, mirror, backup, redirected, or substantially similar website, webpage, URL, domain name, subdomain, social media page, cloud folder, account, or online location displaying the same or substantially similar content concerning Plaintiff Dan M. Blaylock;

(b) Remove, disable, and cease display or disclosure of all intimate images or intimate visual depictions of Plaintiff, all private photographs or texts taken from Plaintiff's electronic devices or accounts, all photographs of Plaintiff's prescription medications or private medical information, all private electronic communications of Plaintiff, and all other private materials of Plaintiff displayed on the Website or any successor, mirror, backup, redirected, or substantially similar online location, and delete and destroy all intimate images of Plaintiff Dan M. Blaylock in the Estate's possession, custody, or control; and

(c) File with the Court and serve upon Plaintiff a certification of compliance with paragraphs (a) and (b) above; it is further

**ORDERED** that, to the extent the Estate has access to the website described in paragraph 89 of the First Amended Complaint, the Estate shall take all reasonable steps to ensure compliance with the [Proposed] Default Judgment Order submitted in connection with Plaintiff's Motion for Default Judgment Against Defendant Jiri Novak (ECF No. 102), including cooperating with Plaintiff's efforts to disable and remove the Website from the internet; it is further

**ORDERED** that Plaintiff is awarded damages against Defendant George Starke, as Personal Representative of the Estate of Petra Smeltzer Starke, Deceased, in the total amount of $_______________, consisting of: (a) $150,000.00 in liquidated damages under the Violence Against Women Reauthorization Act, 15 U.S.C. § 6851(b)(3); (b) $50,000.00 in statutory damages under the D.C. Uniform Civil Remedies for Unauthorized Disclosure of Intimate Images Act of 2024, D.C. Code § 7-2165, representing $10,000 for each of the five intimate images of Plaintiff published on the website without his consent; and (c) $_____________ in compensatory damages for emotional distress, including mental anguish, humiliation, and reputation harm; it is further

**ORDERED** that Plaintiff is awarded reasonable attorneys' fees and costs pursuant to D.C. Code § 7-2165 and 15 U.S.C. § 6851(b)(3)(C), in an amount to be determined by subsequent motion or stipulation of the parties; it is further

**ORDERED** that the Clerk of Court shall enter judgment in favor of Plaintiff Dan M. Blaylock and against Defendant George Starke, as Personal Representative of the Estate of Petra Smeltzer Starke, Deceased, consistent with this Order.

**SO ORDERED.**

Dated: _____________, 2026

______________________________
TREVOR N. McFADDEN
United States District Judge