**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAN M. BLAYLOCK,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE STARKE, as Personal Representative of the Estate of PETRA SMELTZER STARKE, et al.,<br><br>Defendants. | Civil Action No. 1:23-cv-03606-TNM<br><br>Hon. Trevor N. McFadden |

## UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Civil Rule 83.2(c), the undersigned, a member in good standing of the Bar of this Court, respectfully moves for the admission pro hac vice of Reginald James Fugett, Esq., of Fugett & Fugett LLC, to appear and participate as counsel in this action on behalf of Defendant George Starke, in his capacity as Personal Representative of the Estate of Petra Smeltzer Starke. In support of this motion, the undersigned states:

1. Mr. Fugett is an attorney and a member in good standing of the Bar of the State of Maryland, Attorney No. 2112200011. He maintains his principal law office at 221 West Hill Street, Baltimore, Maryland 21230.
2. Mr. Fugett has been retained by Defendant George Starke, in his capacity as Personal Representative of the Estate of Petra Smeltzer Starke, to represent the Estate in this action. The Estate is presently without counsel of record.

3. Mr. Fugett does not engage in the practice of law from an office located in the District of Columbia.

4. In accordance with Local Civil Rule 83.2(c)(2), the Declaration of Reginald James Fugett, executed under 28 U.S.C. § 1746, is filed herewith and sets forth each of the matters required by that Rule.

5. A certificate of good standing from the Supreme Court of Maryland, issued within thirty days of the filing of this motion, is filed herewith.

6. The required fee of $100.00 has been paid in connection with the filing of this motion.

7. The undersigned is an active member in good standing of the Bar of this Court and sponsors Mr. Fugett's admission pro hac vice in this action. The undersigned appears solely as sponsoring member for purposes of this motion and does not enter an appearance on behalf of any party.

8. On October 7, 2026, Mr. Fugett conferred with Theodore B. Randles, counsel for Plaintiff, by telephone, regarding the relief sought in this motion. Plaintiff does not oppose the relief sought.

9. Movant respectfully requests expedited consideration of this motion. On September 24, 2026, Plaintiff filed a motion for default judgment against the Estate (ECF No. 112). The Estate's response is due October 13, 2026, calculated under Local Civil Rule 7(b) together with Federal Rules of Civil Procedure 6(a) and 6(d). Mr. Fugett cannot appear or respond on the Estate's

behalf unless and until he is admitted. Prompt resolution of this motion will permit the Estate to be heard before the Court rules on that motion.

10. Undersigned counsel expects to file a motion to withdraw as counsel once the Court considers and approves this unopposed motion.

WHEREFORE, the undersigned respectfully requests that the Court enter the accompanying proposed Order admitting Reginald James Fugett, Esq. pro hac vice for purposes of this action.

Respectfully submitted,

/s/ Pleasant S. Brodnax III
Pleasant S. Brodnax III
*Sponsoring Member of the Bar of this Court*
D.C. Bar No. 416694
1701 Pennsylvania Avenue NW, Suite 200
Washington, D.C. 20006
(202) 462-1100
pleasant@pleasantbrodnax.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2026, I caused the foregoing Unopposed Motion for Admission Pro Hac Vice, the Declaration of Reginald James Fugett, the Certificate of Good Standing issued by the Supreme Court of Maryland, and the proposed Order to be filed through the Court's CM/ECF system, which will send notice of such filing to all counsel of record, including:

William J. Briggs, II, Esq.
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067

Jessie F. Beeber, Esq.
Sarika Andavolu, Esq.
Venable LLP
151 West 42nd Street, 49th Floor
New York, NY 10036

Theodore Benson Randles, Esq.
Venable LLP
600 Massachusetts Avenue, N.W.
Washington, DC 20001

Counsel for Plaintiff Dan M. Blaylock

/s/ Pleasant S. Brodnax III
Pleasant S. Brodnax III