UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAN M. BLAYLOCK,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE STARKE, as Personal Representative of the Estate of PETRA SMELTZER STARKE, et al.,<br><br>Defendants. | Civil Action No. 1:23-cv-03606-TNM<br><br>Hon. Trevor N. McFadden |

# DECLARATION OF REGINALD JAMES FUGETT, ESQ. IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Reginald James Fugett, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. My full name is Reginald James Fugett.
2. My office address is Fugett & Fugett LLC, 221 West Hill Street, Baltimore, Maryland 21230. My office telephone number is (410) 458-7550.
3. I am a member in good standing of the bar of the Supreme Court of Maryland (Attorney No. 2112200011).
4. I certify that I have not been disciplined by any bar.
5. I have not been admitted pro hac vice in this Court within the last two years.
6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar and do not have an application for membership pending.

7. On August 7, 2026, I submitted a petition for admission to the Bar of this Court under Local Civil Rule 83.8(a)(2). That petition remains pending. I seek admission pro hac vice so that I may appear on behalf of my client in this action while that petition is pending.

8. I have read and am familiar with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals, which govern attorneys practicing before this Court under LCvR 83.15(a). I agree to be bound by them.

9. A certificate of good standing issued by the Supreme Court of Maryland within thirty days of the filing of the accompanying motion is submitted herewith.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of October, 2026.

Reginald James Fugett
Fugett & Fugett LLC
221 West Hill Street
Baltimore, Maryland 21230
(410) 458-7550
reginald@fugett.law