**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAN M. BLAYLOCK,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE STARKE, as Personal Representative of the Estate of PETRA SMELTZER STARKE, et al.,<br><br>Defendants. | Civil Action No. 1:23-cv-03606-TNM<br><br>Hon. Trevor N. McFadden |

## NOTICE OF FILING OF PROPOSED ORDER

COMES NOW the undersigned and submits this Notice of Filing attaching a Proposed Order in connection with the filing of the Unopposed Motion of Reginald James Fugett, Esq., of Fugett & Fugett LLC, to appear and participate as counsel in this action on behalf of Defendant George Starke, in his capacity as Personal Representative of the Estate of Petra Smeltzer Starke. [Dkt. 113], which was filed on October 7, 2026.

Respectfully submitted,

/s/ Pleasant S. Brodnax III
Pleasant S. Brodnax III
*Sponsoring Member of the Bar of this Court*
D.C. Bar No. 416694
1701 Pennsylvania Avenue NW, Suite 200
Washington, D.C. 20006
(202) 462-1100
pleasant@pleasantbrodnax.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2026, I caused the foregoing Notice of Filing of a Proposed Order to be filed through the Court's CM/ECF system, which will send notice of such filing to all counsel of record, including:

William J. Briggs, II, Esq.
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067

Jessie F. Beeber, Esq.
Sarika Andavolu, Esq.
Venable LLP
151 West 42nd Street, 49th Floor
New York, NY 10036

Theodore Benson Randles, Esq.
Venable LLP
600 Massachusetts Avenue, N.W.
Washington, DC 20001

Counsel for Plaintiff Dan M. Blaylock

/s/ Pleasant S. Brodnax III
Pleasant S. Brodnax III