**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAN M. BLAYLOCK,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE STARKE, as Personal Representative of the Estate of PETRA SMELTZER STARKE, et al.,<br><br>Defendants. | Civil Action No. 1:23-cv-03606-TNM<br><br>Hon. Trevor N. McFadden |

## [PROPOSED] ORDER

Upon consideration of the Unopposed Motion for Admission Pro Hac Vice of Reginald James Fugett, Esq., the Declaration submitted in support thereof, and the entire record herein, and it appearing that the requirements of Local Civil Rule 83.2(c) have been satisfied, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Reginald James Fugett, Esq. is admitted pro hac vice to appear and participate as counsel for Defendant George Starke, in his capacity as Personal Representative of the Estate of Petra Smeltzer Starke, in this action.

Dated: ____________________

______________________________
TREVOR N. McFADDEN
United States District Judge

Copies to:

Pleasant S. Brodnax III
1701 Pennsylvania Avenue NW, Suite 200
Washington, D.C. 20006
Sponsoring Member of the Bar of this Court

Reginald James Fugett
Fugett & Fugett LLC
221 West Hill Street
Baltimore, Maryland 21230
Counsel for Defendant George Starke, as Personal Representative of the Estate of Petra Smeltzer Starke

William J. Briggs, II, Esq.
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Counsel for Plaintiff Dan M. Blaylock

Jessie F. Beeber, Esq.
Sarika Andavolu, Esq.
Venable LLP
151 West 42nd Street, 49th Floor
New York, NY 10036
Counsel for Plaintiff Dan M. Blaylock

Theodore Benson Randles, Esq.
Venable LLP
600 Massachusetts Avenue, N.W.
Washington, DC 20001
Counsel for Plaintiff Dan M. Blaylock