**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAN M. BLAYLOCK,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE STARKE, as Personal Representative of the Estate of PETRA SMELTZER STARKE, et al.,<br><br>Defendants. | Civil Action No. 1:23-cv-03606-TNM<br><br>Hon. Trevor N. McFadden |

## UNOPPOSED MOTION OF SPONSORING COUNSEL TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 83.6(c), Pleasant S. Brodnax, III moves for leave to withdraw his appearance in this action. Mr. Brodnax appeared for the limited purpose of moving the admission pro hac vice of Reginald James Fugett, Esq., of Fugett & Fugett LLC, as counsel for Defendant George Starke, in his capacity as Personal Representative of the Estate of Petra Smeltzer Starke. Dkt. 113. The Court granted that motion by Minute Order on October 9, 2026, and Mr. Fugett entered his appearance on October 13, 2026. Dkt. 115. Mr. Fugett may now participate in this case in all respects. LCvR 83.2(c)(1).

Withdrawal will neither delay these proceedings nor prejudice any party. Defendant Starke remains represented by Mr. Fugett, no trial date has been set, and Mr. Brodnax has not otherwise participated in the litigation. *See* LCvR 83.6(d). Defendant Starke, through Mr. Fugett, consents to this withdrawal.

Pursuant to LCvR 7(m), undersigned counsel conferred with counsel for Plaintiff on October 13, 2026, who takes no position with respect to the relief requested.

WHEREFORE, undersigned counsel respectfully requests that the Court enter the accompanying proposed Order.

Dated: October 13, 2026

Respectfully submitted,

/s/ Pleasant S. Brodnax, III
Pleasant S. Brodnax, III
*Sponsoring Member of the Bar of this Court*
D.C. Bar No. 416694
1701 Pennsylvania Avenue NW, Suite 200
Washington, D.C. 20006
(202) 462-1100
pleasant@pleasantbrodnax.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2026, I caused the foregoing Unopposed Motion of Sponsoring Counsel to Withdraw Appearance and the proposed Order to be filed through the Court's CM/ECF system, which will send notice of such filing to all counsel of record, including:

Reginald James Fugett
Fugett & Fugett LLC
221 West Hill Street
Baltimore, Maryland 21230
Counsel for Defendant George Starke, as Personal Representative of the Estate of Petra Smeltzer Starke

William J. Briggs, II, Esq.
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Counsel for Plaintiff Dan M. Blaylock

Jessie F. Beeber, Esq.
Sarika Andavolu, Esq.
Venable LLP
151 West 42nd Street, 49th Floor
New York, NY 10036
Counsel for Plaintiff Dan M. Blaylock

Theodore Benson Randles, Esq.
Venable LLP
600 Massachusetts Avenue, N.W.
Washington, DC 20001
Counsel for Plaintiff Dan M. Blaylock

/s/ Pleasant S. Brodnax, III
Pleasant S. Brodnax, III