**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAN M. BLAYLOCK,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE STARKE, as Personal Representative of the Estate of PETRA SMELTZER STARKE, et al.,<br><br>Defendants. | Civil Action No. 1:23-cv-03606-TNM<br><br>Hon. Trevor N. McFadden |

## [PROPOSED] ORDER

Upon consideration of the Unopposed Motion of Sponsoring Counsel to Withdraw Appearance, and for good cause shown, pursuant to LCvR 83.6(c), it is hereby

ORDERED that the Motion is GRANTED; and it is further ORDERED that the appearance of Pleasant S. Brodnax, III as counsel for Defendant George Starke, in his capacity as Personal Representative of the Estate of Petra Smeltzer Starke, is WITHDRAWN.

Dated: ____________________

______________________________
TREVOR N. McFADDEN
United States District Judge

Copies to:

Pleasant S. Brodnax III
1701 Pennsylvania Avenue NW, Suite 200
Washington, D.C. 20006
Sponsoring Member of the Bar of this Court

Reginald James Fugett
Fugett & Fugett LLC
221 West Hill Street
Baltimore, Maryland 21230
Counsel for Defendant George Starke, as Personal Representative of the Estate of Petra Smeltzer Starke

William J. Briggs, II, Esq.
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Counsel for Plaintiff Dan M. Blaylock

Jessie F. Beeber, Esq.
Sarika Andavolu, Esq.
Venable LLP
151 West 42nd Street, 49th Floor
New York, NY 10036
Counsel for Plaintiff Dan M. Blaylock

Theodore Benson Randles, Esq.
Venable LLP
600 Massachusetts Avenue, N.W.
Washington, DC 20001
Counsel for Plaintiff Dan M. Blaylock