**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DAN M. BLAYLOCK,

Plaintiff,

- against -

GEORGE STARKE, *as Personal Representative of the Estate of Petra Smeltzer Starke*, et al.

Defendants.

Case No.: 1:23-CV-3606-TNM

**NOTICE OF OPPOSITION TO MOTION FOR EXTENSION OF TIME**

Plaintiff Dan M. Blaylock submits this notice to advise the Court that he opposes the Motion for a Short Extension of Time to Respond to Plaintiff's Motion for Default Judgment filed on October 13, 2026 by Defendant George Starke, as Personal Representative of the Estate of Petra Smeltzer Starke. ECF No. 116. As the motion reflects, Plaintiff's counsel advised the Estate's counsel during the parties' October 13 conference that Plaintiff opposes the requested relief. *Id.* ¶ 7.

Plaintiff intends to file a written opposition within the 14 days provided by Local Civil Rule 7(b). Plaintiff respectfully requests that the Court defer ruling on the motion until Plaintiff has had that opportunity.

Date: October 14, 2026

Respectfully submitted,

*/s/ William J. Briggs II*

Jessie F. Beeber (admitted *pro hac vice)*
Sarika Andavolu (admitted *pro hac vice)*
Venable LLP
151 West 42nd Street, 49th Floor
New York, NY 10036

(212) 307-5500 Telephone
(212) 307-5598 Fax

Theodore B. Randles (D.C. Bar No. 156339)
Venable LLP
600 Massachusetts Avenue, N.W.
Washington, DC 20001
tbrandles@venable.com
(202) 344-4271 Telephone
(202) 344-8300 Fax

William J. Briggs II (admitted *pro hac vice)*
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
(310) 229-9900 Telephone
(310) 229-9901 Fax

*Attorneys for Plaintiff Dan M. Blaylock*